```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CIVIL DOCKET ENTRIES FOR CASE A05-0069--CV (JKS)
              "EARL VOYLES V ANCHORAGE CORRECTIONAL COMPLEX"

           Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 04/05/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (550) Prisoner - Civil Rights
                   42:1983
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: In Forma Pauperis
         Trial by:
```

Parties of Record:                          Counsel of Record:

```
PLF 1.1            VOYLES, EARL               Earl Voyles
                                              Pro Per: 120903
                                              Spring Creek Correctional Center
                                              POB 5001
                                              Seward, AK 99664

DEF 1.1       [T]  ANCHORAGE CORRECTIONAL     No counsel found for this party!
                   COMPLEX EAST

DEF 2.1            SCHMIDT, JOE               John K. Bodick
                                              Attorney General's Office
                                              310 K Street, Suite 407
                                              Anchorage, AK 99501-5993
                                              907-269-6379
                                              FAX 907-269-6305

DEF 3.1       [T]  ANTRIM, MARK               No counsel found for this party!
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0069--CV (JKS)
           "EARL VOYLES V ANCHORAGE CORRECTIONAL COMPLEX"

                       For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 04/05/05
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (550) Prisoner - Civil Rights
                     42:1983
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: In Forma Pauperis
           Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 04/05/05 | PLF 1 motion (application) to waive filing fee. |
| 2 - 1 | 04/05/05 | Complaint under civil rights act 42:1983 filed w/att exhs. |
| 3 - 1 | 04/14/05 | JKS Order denying motion (application) to waive filing fee (1-1) with leave to amend. If plf proceeds he must file an amended application to waive prepayment of fees or pay the Court's filing fee of $250.00 by 5/13/05. Plf may file an amended complt by 5/13/05. In the alternative pfl may file a voluntar dismissal w/out prejudice by 5/13/05. Plf must follow Local Rule 10.1. The clerk is directed to send plf form PS01 w/inst, PS09, PS10w/inst & a pro se handbook. cc: E. Voyles w/forms PS01, PS10, PS09 & Pro se handbook, PSLC |
| 4 - 1 | 04/27/05 | PLF 1 Complaint (Amended). |
| 5 - 1 | 04/27/05 | PLF 1 motion (application) amended to waive filing fee w/att exhs. |
| 6 - 1 | 05/04/05 | JKS Order granting motion (application) amended to waive pre-payment of filing fee (5-1); pltf must pay the $250 flg fee as directed until paid in full. cc: cnsl, Finance, ACCE |
| 7 - 1 | 05/04/05 | JKS Second Order to Amend re ACC is dsmssd as an immune def; pltf's amended complaint/notice of voluntary dsmssl w/o prej due 6/3/05 or complaint may be dsmssd prior to svc & w/o further notice. cc: cnsl |
| 8 - 1 | 05/10/05 | PLF 1 Complaint (Amended). |
| 9 - 1 | 05/16/05 | JKS Order Directing Service & Response; ck to send pltf a summons; pltf to complete & return orig plus 2 copies to the crt to issue; pltf to forward completed orig issued summons &plus cy & 285, cy of complaint to the USM; ck to cy this odr, complaint & summons (once issued) to AAG Suite 507; AAG to file an appearance for def's they will represent or a notice of last known address provied to USM; USM to effect svc; answer due 30 days after svc. cc: cnsl, USM, AAG Suite 507 |
| 9A- 1 | 05/26/05 | PLF 1 Supplement re: complaint. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0069--CV (JKS)
                    "EARL VOYLES V ANCHORAGE CORRECTIONAL COMPLEX"

                                   For all filing dates


Document #    Filed      Docket text

   10 -   1   05/31/05   AAG Notice of last know address for DEF 2 was provided to USM.

 NOTE -   1   06/08/05   Issued: summons re: DEF 2.

   11 -   1   06/24/05   PLF 1 motion for court appointed counsel in non-habeas civil case.

   12 -   1   07/15/05   USM Return of svc summons re: DEF 2 on 7/7/05/

   13 -   1   07/22/05   DEF 2 Attorney Appearance of J. Bodick.

   14 -   1   07/26/05   JKS Order denying motion for court appointed counsel in non-habeas civil
                         case (11-1). cc: cnsl

   15 -   1   07/29/05   DEF 2 motion to dismiss.

   16 -   1   08/12/05   PLF 1 opposition to DEF 2 motion to dismiss (15-1).

   17 -   1   08/25/05   JKS Order denying motion to dismiss (15-1) w/o prej to a mot for sj
                         after facts are developed. cc: cnsl

   18 -   1   09/19/05   DEF 2 Answer to Complaint.

   19 -   1   09/20/05   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/in 28 days from svc of this ord. cc: cnsl

   20 -   1   09/26/05   PLF 1 Address Change Notice.

   21 -   1   10/04/05   PLF 1 motion for continuance re intial case status report/case
                         scheduling & planning.

   22 -   1   10/04/05   PLF 1 Notice of change of address.

   23 -   1   10/07/05   DEF 2 motion to vacate order re: initial case status report/case
                         scheduling & planning.

   24 -   1   10/13/05   PLF 1 non-opposition to DEF 2 motion to vacate order re: initial case
                         status report/case scheduling & planning (23-1).

   25 -   1   11/03/05   JKS Minute Order denied as moot: motion for continuance re intial case
                         status report/case scheduling & plann (21-1), motion to vacate order re:
                         initial case status report/case scheduling & plann (23-1) & setting the
                         following dates: Original discovery 03/03/06; Dispositive motions
                         deadline 04/02/06. cc: cnsl
```