CRITICAL

A05-069 CN(JKS)    FILED

DEC 21 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

TO: JUDGE SINGLETON   AND   OPEN COURT,
( NOT EXPARTE )

SIR, I AM INFORMING THE COURT OF
ISSUES DEALING WITH THE DOC AND SOME OF ITS
EMPLOYEES. ON 11/29/05 X2 AND 11/30/05 AND 12/02/05
MY CELL WAS SEARCHED, AND ON 11/29/05 SOME OF MY
LEGAL PAPERS WERE TAKEN WHILE I WAS HELD IN A ROOM
AWAY FROM CELL/PAPERS, SOME OF THE PAPERS WERE DEALING
WITH THIS CASE, I HAVE ASKED FOR THE PAPERS BACK THROUGH
COP-OUTS AND GRIEVANCE'S TO NO AVAIL. I FEAR RETALATION
IN THIS MATTER, SINCE I WAS SWORE AT THREATEND WITH
WRITE UPS AND HOLE TIME AND SHOOK DOWN 4 TIMES IN 9 DAYS.

I MUST WRITE ALL OF THIS OUT SINCE ANY COPYS I ASK
FOR DONT GET COPYED OR LOST, THIS CASE AND PAPERS ARE
VERY IMPORTANT TO ME IN PROVING MY CLAIMS,

I AM IN FEAR FOR MY SELF IN THIS FACILTY AS WELL
IN FEAR OF LOOSING MY LEGAL PAPERS, BEING PHYSCALY OVER
AND SWORE AT
WHELMED, YELLED AT AND BEING FORCED TO DEAL WITH
ABUSIVE STAFFMEMBERS, I BELEVE IN THE HOPES THEY FIND
A REASON TO PUT ME IN THE HOLE AND REMOVE ME FROM
MY LEGAL PAPERS AS WELL AS ANY HELP I MIGHT
HAVE ACCESS TO. I AM IN FEAR OF SENDING THIS LETTER TO COURT
AS WELL

I CERTIFY
A COPY WAS
SENT TO
JOHN K BODICK
310 K ST S 40)
ANCL AK 99.501    12 16 05

12 16 05

EARL VOYLES
PRO SE

26

## GRIEVANCE SCREENING FORM

TO: VOYLES, EARL        12093                              G              12675

Prisoner's Name/OTIS Number                                          Log Number

**Spring Creek Correctional Center**

Institution

Your grievance is being returned to you because (see the applicable line checked below):

☐   a.   The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

☐   b.   The grievance is not within the institution's or Department's jurisdiction.

☒   c.   The issue grieved was not first addressed informally.

☐   d.   This issue was already grieved by the prisoner or by another prisoner and resolved.

☐   e.   The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

☐   f.   This form is not filled out completely.

      Instructions: _____

      _____

☐   g.   The grievance was not filed within 30 days.

☐   h.   The grievance is grieving an action not yet taken.

☐   i.   The grievance contains inappropriate use of obscene or profane words.

☐   j.   The grievance is factually incredible or clearly devoid of merit.

☐   k.   Specific relief sought is not clear.

☐   l.   The grievance raises unrelated issues that should be presented in separate grievances.

☐   m.   The grievance is against the Superintendent, but is not for action taken directly by the Superintendent.

☒   The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screen decision:

Policy 808.03 requires that prior to filing a grievance you need to make an attempt to resolve your issue by filing a cop out to the most appropriate staff member, which would be the House Sgt. that is currently on day shift this week, Sgt. Stewart

12/10/05

Date

SGT. QUIRING

Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

SC# 05-445

Distribution:    Original to Prisoner Case File
               Prisoner
               Grievance Coordinator

**Screening Appeal Due**

**Date** 12/13/05 **Time** 0600

INMATE COPY

| PRINT NAME | INSTITUTION - MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| EARL VOYLES | SCCC  GOLF | 120903 | 12675 |

| DATE OF INCIDENT | DESCRIBE INCIDENT AND YOUR ATTEMPTS TO HANDLE IT INFORMALLY. ONE ISSUE PER GRIEVANCE. |
|---|---|
| 11-29-05 | |

A COMPLETE MOD SHAKEDOWN HAPPEND ON THIS NIGHT, AND TAKEN FROM MY LEGAL PAPER WORK BOX WAS A REQUEST FORM ALONG WITH COPYS OF COP-OUTS I HAD ~~REQUESTED~~ ~~REQUSE~~ REQUESTED CONCERNING MY CIVIL CASE AGAINST DOC. (WHILE I WAS AWAY FROM MY PAPERS). I'M GOING TO ASK SGT FOUST FROM DAY SHIFT (12@05) AND ASK WHERE MY PAPERS ARE, BUT I'M FILLING THIS OUT TO LET MY JUDGE KNOW THAT EMPLOYEES OF D.O.C. HAVE ON THIS DATE LISTED ABOVE TOOK SOME OF MY LEGAL PAPERS, SO I CANNOT GIVE FULL DISCLOUER TO THE COURT OR DEFENDANT.

            THIS IS A MOST SERIOUS ISSUE SINCE
IT DEALS WITH A FEDERAL COURT CASE.

(Attach additional pages if necessary)

I REQUEST THE FOLLOWING RELIEF: (State outcome you are seeking): MY PAPERS BACK, AND NOT TO BE REMOVED FROM MY Legal paper during Shake downs if poss. OR SOME Form of PROCEEDURE to CORRECT THIS problem.

I UNDERSTAND THAT THIS GRIEVANCE MUST BE FILED WITH THE GRIEVANCE COORDINATOR WITHIN 30 DAYS OF THE OCCURRENCE OR MY KNOWLEDGE OF THIS INCIDENT.

DATE: 12-02-05    PRISONER'S SIGNATURE: Earl V____

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE AND HAVE ISSUED THE LOG NUMBER ABOVE FOR REFERENCE. PLEASE REFER ANY INQUIRES ABOUT THIS GRIEVANCE TO THE ASSIGNED LOG NUMBER.

DATE FILED IN COMPLIANCE: 12/9/05    GRIEVANCE COORDINATOR'S SIGNATURE: SGT. QUIRING
            SC# 05-445

RECEIVED
DEC 0 9 2005
SCCC
STANDARDS

# PRISONER GRIEVANCE APPEAL STATEMENT

| PRINT NAME | INSTITUTION / MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| EARL VOYLES | SCCC | 120903 | 12675 |

DATE OF APPEAL  12 10 05    I am appealing the Superintendent's determination for the following reasons:

12-10-05

SGT QUIRING SAID I NEED TO TRY TO RESOLVE THE ISSUE FIRST BY COP OUT, I DID DID THAT WITH NO RESPONSE, SGT FOUST HELPED ME IN THIS MATTER BY SAYING THE SAME THING TALK, COP-OUT, GRIEVANCE, IN THAT ORDER I HAVE COMPLYED WITH DOC RULES IN THIS MANNER.

I WOULD STILL LIKE MY LEGAL STUFF BACK.

PRISONER'S SIGNATURE  Earl Voyles

I ACKNOWLEDGE RECIEPT OF THIS GRIEVANCE APPEALS STATEMENT AND HAVE LOGGED IT WITH THE APPROPRIATE INITIALLY FILED GRIEVANCE.

DATE FILED IN COMPLIANCE 12/11/05   GRIEVANCE COORDINATOR'S SIGNATURE  SGT. QUIRING

DIRECTOR OF INSTITUTION'S / MEDICAL ADVISORY COMMITTEE'S DECISION:

Screening upheld, you were Directed To work @ SGT STEWART.

CJW 12/12/05

INMATE COPY

Distribution:  White - Prisoner Case File
‡ Institutional Grievance Coordinator/ Grievance & Compliance administrator (Central Office) Prisoner

SC#05-445

RECEIVED
DEC 1 1 2005
SCC
STANDARDS

*Department of Corrections Form #808.03D*
*Rev. 07/95*

P.O.Box 5001, SCCC
SEWARD, AK 99668

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

EARL VOYLES

PLAINTIFF

vs.

JOE SCHMIDT

DEFENDANT

CASE NO. A05-0069 CV (JKS)

MOTION TO REQUEST TELEPHONIC HEARING

COMES NOW EARL VOYLES, PRO SE REQUEST HEARING TO

RE: CASE STATUS/PLANNING

DATE 12 16 05

SIGNED

EARL VOYLES SCCC
PO BOX 5001 SEWARD AK 99668

I CERTIFY COPY SENT TO
JOHN K BODICK AT CDCO / COURT    US
310 K ST, SUITE 407 ANCH, AK 99501
                                    12 16 05