EARL VOYLES #120903
FCC PO BOX 6200
FLORENCE, AZ 85232

```
EARL VOYLES
      P
   V.
JOE SCHMIDT
      D.
```

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

RECEIVED
MAR 2 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

CASE NO. A05-0069 CV (TMB)

MOTION FOR COURT TO ACCEPT PLAINTIFF CHANE OF ADDRESS.

I EARL VOYLES PRO SE IN ABOVE MATTER BEFOR COURT HERE BY SUBMIT MY NEW ADDRESS AS EARL VOYLES #120903 F.C.C. PO BOX 6200 FLORENCE, AZ 85232 AND REQUEST ALL MAILINGS BE SENT TO SAID ADDRESS.

EARL VOYLES #120903
FCC P.O. BOX 6200
FLORENCE, AZ 85232

I CERTIFY COPY WAS SENT TO DEFENDANT
JOE SCHMIDT AT
DEPT. OF LAW
CDCO
PO BOX 110300
JUNEAU, AK
    99811

DATE MARCH 13TH 2006
SIGED Earl Voyles PRO-SE
EARL VOYLES