EARL VOYLES #120903
FCC PO BOX 6200
FLORENCE, AZ 85232

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

RECEIVED
MAR 20 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

EARL VOYLES
P
V.
JOE SCHMIDT
D.

CASE NO. A05-0069 CV (TMB)

MOTION: REQUESTING RULINGS ON ALL MOTIONS PUT BEFOR COURT FOR DEC. 05 TO PRESENT

I EARL VOYLES PRO-SE would request all rulings from DEC 05 TO NOW MAR.06 AS WELL AS Change of Judge. AND would INFORM THE Court of my INTENT TO APPEAL This change. SCCC has not been sending my court MAIL, but has made sure to send me All of MR. SCHMIDTS ATTNYS. MAILings I have wrote the court as to my change of Address ADDRESS to no Avail so I'll try again.

I CERTIFY A COPY WAS
SENT TO JOE SCHMIDT
AT DEPT. LAW C.D.C.O.
PO BOX 110300
JUNEAU, AK 99811

EARL VOYLES #120903
FCC PO BOX 6200
FLORENCE, AZ 85232

DATE MARCH 13th 2006
SIGNED Earl Voyles pro-se
w. EARL VOYLES