# STATE OF ALASKA

# DEPARTMENT OF CORRECTIONS

## ANCHORAGE CORRECTIONAL COMPLEX

## REQUEST FOR INTERVIEW
### (COP-OUT)

☐ WEST BLDG.
☒ EAST BLDG.

| Name: EARL VOYLES | Housing Unit: B | Date: |
| Ofndr# 120903 | Cell # 173 | MAy 9th 2005 |

To: _Records_

Request: I would like copys of my cop-outs FRom Dec 02 2003 to Dec 14th 2003 And A copy of my greuance on the 14th or 17th Just Sure.

Thank you for your time

COPY WITh RESponse

Prisoner Signature: Earl V____

Action Taken: _____

Employee Signature: ____    Date: ____

Final Action Taken: _____

Employee Signature: ____    Date: ____

Instructions:  Request must be specific and state the action being requested (i.e., interview, hearing, etc.)
Requests are to be responded to within three normal working days of receipt.
Requests containing profanity, vulgarity, or statements that are intended to be insulting and/or degrading will be returned to the prisoner without action *(Reference 808.11(A)(3)(d))*

Distribution:   Original to Prisoner Case Record
Copy to Prisoner, if requested

*Department of Corrections Form  808.11A*

| PRINT NAME | INSTITUTION - MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| EARL VOYLES | SCCC | 120903 | |

| DATE OF INCIDENT | DESCRIBE INCIDENT AND YOUR ATTEMPTS TO HANDLE IT INFORMALLY. ONE ISSUE PER GRIEVANCE. |
|---|---|
| 11-29-05 | |

A Complete mod shake down happend on This night, And taken from my legal paper work box was a Request form along with copys of cop outs I had requested Concernintn my Civil case Against DOC (while I was a way from my papers) Im am going to ask SGT Foust to from Day shift (12 02 05) And ask where me my papers Are? But Im Filling this out to let my Judge know that employes of DOC Have on this date Listed above took some of my legal papers, So I can not give full Disclosuer to the court or defendant. This Is a most serious Issue since It Deals with A Federal court case

**(Attach additional pages if necessary)**

I REQUEST THE FOLLOWING RELIEF: (State outcome you are seeking): My papers back, And not to be Removed from my Legal papers during Shake downs if possible or some form of procedure to correct this problem

I UNDERSTAND THAT THIS GRIEVANCE MUST BE FILED WITH THE GRIEVANCE COORDINATOR WITHIN 30 DAYS OF THE OCCURRENCE OR MY KNOWLEDGE OF THIS INCIDENT.

DATE: 12 2 05    PRISONER'S SIGNATURE: Earl Voyles

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE AND HAVE ISSUED THE LOG NUMBER ABOVE FOR REFERENCE. PLEASE REFER ANY INQUIRES ABOUT THIS GRIEVANCE TO THE ASSIGNED LOG NUMBER.

DATE FILED IN COMPLIANCE:    GRIEVANCE COORDINATOR'S SIGNATURE:

STATE OF ALASKA                                          DEPARTMENT OF CORRECTIONS

### REQUEST FOR INTERVIEW
Prisoner File
SCCC

30B

| Name: EARL VOYLES | OBS# 120903 | MOD: G | Date: 9 26 05 |

**To:** PROPRTY

**Request:** Could I get my CD From PROPRTY PLEASE SAID IT

would be ~~REAY~~ READY TODAY, DISKS FROM MY ATTORNEY

HAS TO DO WITH MY CASE

Copy with response

Thank you

**Prisoner Signature:** _[signature]_

**Action Taken:** Legal tapes oct must be arranged by
Cop out with property & Operations on date &
time. Legal matirials are given to Operations
and you View/listen in the Attoney visiting
Room.

**Employee Signature:** _[signature]_ **Date:** 9/27/5

**Final Action Taken:**

**Employee Signature:**                                    **Date:**

Instructions: Requests must be specific and state the action being requested (i.e. interview, hearing, etc.). Requests
are to be written within the confines of designated areas.

Distribution: Original to Case Record

Form 20-808.11                                              Rev. 08/98

# STATE OF ALASKA                    DEPARTMENT OF CORRECTIONS

## GRIEVANCE SCREENING FORM

To:  Voyles, Earl_____120903_____        11691
    Prisoner's Name/OTIS Number                Log Number  INMATE COPY

    Anchorage Correctional Complex    Hotel-West
    Institution

Your grievance is being returned to you because: (see the applicable line checked below)

XXX a. The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC
        Policy 808.03.

_____ b. The grievance is not within the institution or the Department's jurisdiction.

XXX  c. The issued grieved was not first addressed informally.

XXX  d. This issue was already grieved by the prisoner or by another prisoner and resolved.

_____ e. The grievance was submitted on behalf of another prisoner who is able to file his or her own grievance.

_____ f. This form is not filled out completely.

_____ g. The grievance was not filed within 30 days.

_____ h. The grievance is grieving on action not yet taken.

_____ i. The grievance contains inappropriate use of obscene or profane words.

_____ j. The grievance is factually incredible or clearly devoid of merit.

_____ k. Specific relief sought is not clear.

_____ l. The grievance raises unrelated issues that should be presented in separate grievances.

_____ m. The grievance is against the Superintendent, but is not for action taken directly by the Superintendent.

XXX    The above noted reason for screening your grievance is not self-explanatory. The following written
        explanation is provided to clarify the above noted screening decision.

        Mr. Voyles. this is a duplicate of Grievance # 11504 Dated 08/01/05 that one was screened 'A' as this one will
        be as well. you make no attempt to handle informally and you didn't attach a cop out showing that you even
        tried. denied.

            8/19/2005_____        Sgt. R. Maccagno_____
            Date                        Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the
decision to the Superintendent in writing. The appeal must be attached to your grievance and to this
screening form.

Distribution:    Original to Prisoner Case File
                Prisoner
                Grievance Coordinator

*Department of Corrections, Form 808.03A*
*Rev. 06/03*

## PRISONER GRIEVANCE

| PRINT NAME | INSTITUTION/MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| EARL DOYLES | CIPT H | 120503 | 11691 |

**DATE OF INCIDENT**
July 8th or 10th 05

**DESCRIBE INCIDENT AND YOUR ATTEMPTS TO HANDLE IT INFORMALLY/ONE ISSUE PER GRIEVANCE.**

I got A lock down For having my shors in next order next to my bunk I think this was wrong

**I REQUEST THE FOLLOWING RELIEF (State outcome you are seeking):**

redo the photo And list to show what should be done with 5people in a cell and 4 boxes under the bed!

I UNDERSTAND THAT THIS GRIEVANCE MUST BE FILED WITH THE GRIEVANCE COORDINATOR WITHIN 30 DAYS OF THE OCCURRENCE OR MY KNOWLEDGE OF THIS INCIDENT.

DATE: Aug 17 05    PRISONER'S SIGNATURE: _____

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE AND HAVE ISSUED THE LOG NUMBER ABOVE FOR REFERENCE. PLEASE REFER ANY INQUIRIES ABOUT THIS GRIEVANCE TO THE ASSIGNED LOG NUMBER.

DATE FILED IN    AUG 1 9 2005    GRIEVANCE COORDINATOR'S
COMPLIANCE:                        SIGNATURE: _____

Form 808.03C                                    Page 1 of 2

| PRISONER NAME | LOG NUMBER |
|---|---|
|  |  |

INVESTIGATOR'S FINDINGS AND RECOMMENDATIONS:

*All Property and Paperwork delivered to Prisoner Voyles 12/28/03 by Property Clerk S. Benton*

*Completed - Returned with notatives 12/29/03 To Sgt Self B. Kennedy*

INVESTIGATION: I met with grievant on _____ at _1435_ Hours.

INVESTIGATOR'S SIGNATURE: _____    DATE: _____

SUPERINTENDENT'S FINDINGS AND DETERMINATION:

NO FURTHER ACTION

SUPERINTENDENT'S SIGNATURE: _____    DATE: 1/5/04

PRISONER'S RESPONSE:

____ I AM SATISFIED WITH THIS RESPONSE.
____ I AM NOT SATISFIED WITH THIS RESPONSE.
__X__ BUT **DO NOT** WISH TO APPEAL
____ BUT **DO INTEND** TO APPEAL TO THE Director OF INSTITUTIONS OR MEDICAL Director

I UNDERSTAND THAT MY COMPLETED STATEMENT OF APPEAL FORM MUST BE SUBMITTED TO THE Grievance Coordinator WITHIN TWO WORKING DAYS OF THIS DATE.

PRISONER'S SIGNATURE: _____    DATE: 12-7-03

FORM DELIVERED TO PRISONER BY OFFICER _____    1-9-04
(PRINT NAME/SIGNATURE)    (DATE/TIME)

Distribution:   Original to Prisoner's Case File/Prisoner/Grievance Coordinator

Form 808.03C    Page 2 of 2

Back to Table of Contents

B-23

*Sgt Self - AS*
*due 1-5-03*

## PRISONER GRIEVANCE

Nam

| PRINT NAME | INSTITUTION/MODULE | OBSCIS NUMBER | LOG NUMBER |
|------------|--------------------|--------------| -----------|
| ZL VOYLES | B - AJ | 120903 | 6537 |

DATE OF INCIDENT
-14-03 through 12-17-03

DESCRIBE INCIDENT AND YOUR ATTEMPTS TO HANDLE IT
INFORMALLY/ONE ISSUE PER GRIEVANCE.

As of 12-14-00 I was moved from Formed Cept
To Anchorage Jail and It now being 121703 I have not
yet Received my Legal papers ORIGINAL
Indictment hearings. I have court today (121703) and
need some of my Legal papers to bring to my Attorny
and I dont have them This could Jepdize my
case and my trial. Plus Im not sure but
I dont Think Im supposed to be seperated from my
Legal papers And are covered under Attorney
client privlege. I would like to know who has
been in contact with my paper and tapes since
the move from cept to AJ. Since 4 days
has passed since I have been incontact with
my Confidental papers I can't be sure of tampering
or lost papers. or who has had contact with
my evidence.

I REQUEST THE FOLLOWING RELIEF (State outcome you are seeking): WHO WAS I contact
with my [strikethrough] Legal papers + tapes for the
Last week?

I UNDERSTAND THAT THIS GRIEVANCE MUST BE FILED WITH THE GRIEVANCE COORDINATOR WITHIN 30
DAYS OF THE OCCURRENCE OR MY KNOWLEDGE OF THIS INCIDENT.

DATE: 121803    PRISONER'S SIGNATURE: _____

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE AND HAVE ISSUED THE LOG NUMBER ABOVE FOR
REFERENCE. PLEASE REFER ANY INQUIRIES ABOUT THIS GRIEVANCE TO THE ASSIGNED LOG NUMBER.

DATE FILED IN
COMPLIANCE: 12-22-03    GRIEVANCE COORDINATOR'S
SIGNATURE: _____

Form 808.03C

Page 1 of 2

**STATE OF ALASKA**

**DEPARTMENT OF CORRECTIONS**

**ANCHORAGE CORRECTIONAL COMPLEX**

Inmate Copy **REQUEST FOR INTERVIEW**
(COP-OUT)

☒ **WEST BLDG.**
☐ **EAST BLDG.**

| Name: *EARLVogel* | Housing Unit: H | Date: |
| Ofndr# | Cell # | 12 28 05 |

To: _____

Request: _I was moved to this from seg and told I was being to PC. I want all my property to stay to be shipped to me so it does'nt get thrown away, toothe past with blades etc. along with all my legal papers, I have a very big lawsuit fed case I processed and have been with out my stuff since 12/28/05 do you know if sill be laundated soon? need my legal work and_

Prisoner Signature: _____

Action Taken: I do not know when you will be transferred. Care package provided. We do not provide Shampoo.
Sgt _____
12-29-05

Inmate Copy

Employee Signature: _____ Date: _____

Final Action Taken: _____

Employee Signature: _____ Date: _____

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.)
Requests are to be responded to within three normal working days of receipt.
Requests containing profanity, vulgarity, or statements that are intended to be insulting and/or degrading will be returned to the prisoner without action *(Reference 808.11(A)(3)(d))*

Distribution: Original to Prisoner Case Record
Copy to Prisoner, if requested

*Department of Corrections Form 80811A*

# Memorandum  # State of Alaska

## Department of Corrections
**Anchorage Correctional Complex**
1400 E. Fourth Ave.  Anchorage, AK 99501
Phone: (907) 269-4269   Fax: (907) 269-4277

**DATE:**     **11/16/2005**

**TO:**       **Sgt Quiring/ Bruning**

**FROM:**     Sgt. R. Maccagno
              Facility Standards Officer

**SUBJECT:**  Grievance Processing Request
              Inmate Name: VOYLES, EARL
              OBSCIS #:    120903
              Grievance #:   11411

---

Please see that inmate receives his copy of his grievance.
Thank you,
Sgt. R. Maccagno

INMATE COPY

**Grievance Appeal Due**
Date 11-27-05 Time 1650

# Memorandum



# State of Alaska

## Department of Corrections
### Anchorage Correctional Complex
1400 E. Fourth Ave.  Anchorage, AK 99501
Phone: (907) 269-4269   Fax: (907) 269-4277

**DATE:**  11/15/2005

TO:  **SUPERINDENDENT MILLER**

THRU:  Superintendent Leitoni Tupou

FROM:  Sgt. R. Maccagno
Facility Standards Officer

SUBJECT:  Grievance Assignment for Investigation
Grievance #:        11411
Inmate Name:      VOYLES, EARL
OBSCIS#:            120903

DATE DUE:  **11/29/05**

---

The Facility Standards Officer has already screened the attached grievance and determined that the subject requires investigation.  You have been assigned to investigate the attached Grievance.

According to Policy and Procedure 808.03 A.3, you need to
- Complete your investigation, findings and recommendations within TEN WORKING DAYS
  (See due date above).
- Provide a concise NARRATIVE of the finding the facts of the subject.
- RECOMMEND a resolution to the Superintendent, who will decide how to resolve the issue.
- Provide the DATE and TIME you met with the person who submitted the grievance below your investigation narrative.
- Return the grievance to the **Facility Standards Officer** after you complete your investigation.

Familiarize yourself with Policy and Procedure 808.03 in its entirety if necessary before starting your investigation.

# Memorandum



# State of Alaska

## Department of Corrections
### Anchorage Correctional Complex
1400 E. Fourth Ave.  Anchorage, AK 99501
Phone: (907) 269-4269   Fax: (907) 269-4277

**DATE**:    7/18/2005

TO:      **Ms. Dansby**
         **Medical Supervisor**

THRU:    Superintendent Leitoni Tupou

FROM:    Sgt. R. Maccagno
         Facility Standards Officer

SUBJECT:   Grievance Assignment for Investigation
           Grievance #:        11411
           Inmate Name:        Voyles, Earl
           OBSCIS#:            120903

DATE DUE:  **8/1/05**

---

The Facility Standards Officer has already screened the attached grievance and determined that the subject requires investigation.  You have been assigned to investigate the attached Grievance.

According to Policy and Procedure 808.03 A.3, you need to

- Complete your investigation, findings and recommendations within TEN WORKING DAYS
  (See due date above).
- Provide a concise NARRATIVE of the finding the facts of the subject.
- RECOMMEND a resolution to the Superintendent, who will decide how to resolve the issue.
- Provide the DATE and TIME you met with the person who submitted the grievance below your investigation narrative.
- Return the grievance to the **Facility Standards Officer** after you complete your investigation.

Familiarize yourself with Policy and Procedure 808.03 in its entirety if necessary before starting your investigation.

# STATE OF ALASKA

# DEPARTMENT OF CORRECTIONS
## ANCHORAGE CORRECTIONAL COMPLEX

## REQUEST FOR INTERVIEW
### (COP-OUT)

☒ WEST BLDG.
☐ EAST BLDG.

| Name: EARL VOYLES | Housing Unit: J | Date: |
|---|---|---|
| Ofndr# 120903 | Cell # D1 | 7 17 05 |

To: MEDICAL

Request: who signed this med Request

Copy with Response

Prisoner Signature: _Earl V_

Action Taken:

Employee Signature:                    Date:

Final Action Taken:

Employee Signature:                    Date:

Instructions:   Request must be specific and state the action being requested (i.e., interview, hearing, etc.)
Requests are to be responded to within three normal working days of receipt.
Requests containing profanity, vulgarity, or statements that are intended to be insulting and/or degrading will be returned to
the prisoner without action *(Reference 808.11(A)(3)(d))*

Distribution:   Original to Prisoner Case Record
Copy to Prisoner, if requested

*Department of Corrections Form   808.11A*

Request for Medial Care

Date: _7 16 05_    Time: _4 30 pm_    Module: _J_

Prisoner's Name (Printed): _EARL VOBLES_    OTIS#: _120803_

Specific complaint or problem: _I'm Longer than my bed (I dont fit bed to short) And my back is in very bad shape you have my ADME file. I would like a bottom bunk card_

How long has the problem existed? _20 plus yrs._ Date of Birth: _03 08 67_

Prisoner's Signature: _Earl V_

Correctional staff comments: _____

_JUL 17 2005_

Date and time: _____ Name: _____

To be filled out by medical staff, disposition and instructions: _All The "Beds" in this Facility are the Same length to include the BOATS for the floor. Moving you to the Bottom floor / Bunk does not solve your problem._

Date and Time: _____ Name: _____

Department of Corrections, Form 807.02A
Rev. 9/02

| PRISONER NAME | LOG NUMBER |
|---|---|
|  |  |

INVESTIGATOR'S FINDINGS AND RECOMMENDATIONS:

*Resolved due to transfer 9/13/05 Before completion.*

INVESTIGATION: I met with grievant on _____ at _____ Hours.

INVESTIGATOR'S SIGNATURE: _L.B. Maoooye_    DATE: _11/15/05_

SUPERINTENDENT'S FINDINGS AND DETERMINATION:

*Grievant transferred, no action needed.*

SUPERINTENDENT'S SIGNATURE: _Debbec Miller_    DATE: _11/15/05_

PRISONER'S RESPONSE:

_____ I AM SATISFIED WITH THIS RESPONSE.
_____ I AM NOT SATISFIED WITH THIS RESPONSE.
          _____ BUT **DO NOT** WISH TO APPEAL
          _____ BUT **DO INTEND** TO APPEAL TO THE Director OF INSTITUTIONS OR MEDICAL Director

I UNDERSTAND THAT MY COMPLETED STATEMENT OF APPEAL FORM MUST BE SUBMITTED TO THE Grievance Coordinator WITHIN TWO WORKING DAYS OF THIS DATE.

PRISONER'S SIGNATURE: _____    DATE: _____

FORM DELIVERED TO PRISONER BY OFFICER _____ _____
                                                            (PRINT NAME/SIGNATURE)    (DATE/TIME)

Distribution:   Original to Prisoner's Case File/Prisoner/Grievance Coordinator

Form 808.03C                                                      Page 2 of 2

Back to Table of Contents

EARL VOYLES #120903
FCC Po Box 6900
FLORENCE, AZ
    85232

MY COPY                                    DATE 1/2 6

To: Judge SINGLETON

(and open court)

         AS I INFORMED THE COURT  I JUST RE-
CEVED MY LEGAL PAPERS, TAKEN FROM ME DEC 23 05
IN SEWARD, AK  NOW IM IN AZ AND JUST RECEVED
THEM 01-12-06   I ASKED THE COURT FOR A CONTINUEANCE
BACK IN DEC 05   Around the 21 or so  SINCE I WAS HAVING
A  HARDTIME  IN  SEWARD ;getting discovery ready;

         I BELEVE  I ASKED FOR A TELEPHONIC CONFERANCE
TO GO OVER THESE MATTERS, BUT I HAVE NOT BEEN GETTING
MY MAIL HERE YET.   I HAVE 32 EO PAGES OF DISCOVERY
                          MORE COMING
SO FAR. MY ATTEMPTS TO GET OTHER EVIDENCE FROM FROM
THE STATE HAVE FAILED DUE TO DOC. ALONG WITH THE
MISSING PAPERS DOC EMPLOYEES TOOK IN SEWARD.

    I HAVE VERY LIMITED PHONE TIME ONCE A DAY FOR LEGAL
AND  I HAVE to call COLLECT  AND KNOW THE PERSON IM
CALLING, AND PLUS THE PHONES ARE BLOCKED IN THE FED.
COURT HOUSE TO INCOMMING CALLS FROM INMATES,

*  IVE BEEN PUT IN ADMIN: SEG SINCE MONDAY THE
9TH OF JAN 06 , I ARRIVED IN AZ ON THE NIGHT
OF THE 6TH, THE NEXT MORING 2 INMATES BEAT ME
TO UNCHONCILOSNESS and BACK, I STAYED IN MY CELL
TELL THE NEXT MONDAY 2 DAYS LATER RECOUPING
RECOUPEING FROM A CRACKED OCULAR BONE NEAR LEFT EYE
2 BROKEN RIBS and massive Swelling on my LEFT SIDE
                    (ovr)

EARL VOYLES #120903
FCC/ Po Box 6900
FLORENCE AZ
FLORENCE, AZ 85232

FACE ( LEFT EYE RED AND swollen shut) I went to medical they look at me and that was all since Then I have BEEN LOCKED DOWN in my cell. NO meds NO XRAYS No Fallowup exam nothing but my pain to keep me company cant cough take A DEEP BREATH OR EVEN chew my food very well. I KEEP ASKING FOR cop outs to goto A LAW Library said out of forms medical AND FINIALy got med Request to day

    PLEASE GIVE ME TIME TO GET THINGS TO GETHER VERY IMPORTANT TO ME

                                        Earl Voyes

                        EARL VOYLES PRO SE

                        01 12 06


I CERTIFY A COPY was sent to JOHN K BODICK ASST ATTN. GEN. FOR ALASKA AT 310 K ST, SUITE 3403 ANCH AK 99501


(pg 2)

29

120805

TO: SUPERINTENDANT Leitoni Tupou

RE CASE #A05-0069CU

I would like to request that the Logs From ANC complex EAST and WEST Be made Available to the court for part of my discovery, since the Logs would be under a security lock, my Access would be limited to the courts allowances plus Judes ruleing.or Admittance? . IF A problem with this request Arises contack John K. Boozck ~~For any~~ for Instructions and Let me know so I can make arguments with the court on how to proceed!

_____ E OF ALASKA

**DEPARTMENT OF CORRECTIONS**

**ANCHORAGE CORRECTIONAL COMPLEX**

### REQUEST FOR INTERVIEW
(COP-OUT)

☐ **WEST BLDG.**
☒ **EAST BLDG.**

| ie: EARL VOYLES | Housing Unit: B | Date: |
| Jfndr# 120903 | Cell # 17 B | MAY 9th 2005 |

To: Records

Request: I would like copys of my cop-outs FROM Dec 02 ~~2002~~ 2003 to Dec 14th 2003 And A copy of my grivance on the 14th or 17th Just Sure.

Thank you for your time

COPY WITh posposge

Prisoner Signature: Earl V____

Action Taken: I have provided copy of grievence. There Are no Cop-outs in your file from 12-2-03 to 12-14

Employee Signature: R____

Date: 5/10/05

Final Action Taken: _____

Employee Signature: _____

Date: _____

Instructions:    Request must be specific and state the action being requested (i.e., interview, hearing, etc.)
Requests are to be responded to within three normal working days of receipt.
Requests containing profanity, vulgarity, or statements that are intended to be insulting and/or degrading will be returned to
the prisoner without action *(Reference 808.11(A)(3)(d))*

Distribution:    Original to Prisoner Case Record
Copy to Prisoner, if requested.

*Department of Corrections Form   808.11A*

On or about Dec 2nd 2003 I was moved from Arc Complex West to Arc Complex East, and my legal papers were taken from me. I had put in several cop outs and asked JOE SCHMIDT, ASST SUPER BETTE SGT SELF, SGT ROSS, SGT or OFC BLADES, OFC PENNY AND OFC DEMOSS to help me get my legal papers seeing as I had a court date coming up.

Joe Schmidt even took my name down as wess as a LT. but no help came. After my first court date I filled a grievance asking for my legal papers and stated it was hurting my case And who had been in contact with my legal papers since my attorney attuen client privelege was being violated I believed. Still no response to my request and my second court date came and passed. On the 10th day after my grievance (they brought (SGGT ROSS) my legal papers to me @ 430 AM and I asked him about my tapes and a VCR tape as well. He did not know and my other property was kept as well (Soap, Toothbrush, Toothpaste + Shampoo). for another week and a half. My tapes minus the VCR Tape was brought the next day at 5AM and it was past the 10 days ule as well (DOC). Though the next day I was told to sign the grievance form though it did not address the issues I had raised. I have since requested my cop-outs from DEC 2ND-14th along with my grievance. I was told communications from inmates are not thrown out but the cop outs are gone.

My rights under the 14th Amendmant, Due Process and Attorney client privelege are all gone. My case could have had a very different out come, had I been but able to bring my legal papers to court.

I can but hope I have the right to amend or bring new evidence as it comes forward

Date
Sign
Print

I hear by certify a copy of this _____ above was mailed postage paid to _____

at _____ on _____

Signed _____

WITNESS I PLAN TO CALL

1) JOE SCHMIDT

2) ASST SUPER MRS BETTS

3) LT ~~KOHUT~~ KOHUT or COHUT

4) SGT SELF

5) ~~OFC~~ SGT ROSS

6) SGT BLADES

7) OFC PENNY

8) OFC DEMOSS

9) RICHARD ~~POLNEROS~~ ~~ASSTFACILITY~~ ? POLMAROY

10) WILLIAM RAMSEY

11) S BENTON PROP CLERK

12) GRIEVANCE COORDINATOOER FOR ACCEAST ON 12-22-03

CANT READ SIGNATURE

**PRISONER GRIEVANCE**

| PRINT NAME | INSTITUTION - MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| EARL VOYLES | SCCC H#2 GMOD 30B | 120903 | 1205° |

| DATE OF INCIDENT | DESCRIBE INCIDENT AND YOUR ATTEMPTS TO HANDLE IT INFORMALLY. ONE ISSUE PER GRIEVANCE. |
|---|---|
| OCT 6 2005 | |

I HAVE PUT IN A COP-OUT TO GET COPYS OF ALL MY COP-OUTS AND PUT IN THE CORRECT FORM AS SUCH, IT AN OCT 4 2005 4 COP-OUTS WERE TAKEN BY A SGT. AND NEVER RETURNED, I TRYED TO ASK ABOUT THEM BY NO REASON GIVEN WHY TAKEN, SOME OF THESE COP-OUTS ARE TO BE USED IN MY UP COMING CASE, SO ARE CONSIDERED LEGAL PAPERS, I'M BEING DENIED ACCESS TO LEGAL PAPERS BY THIS FROM CORRECTIONAL CENTER.

**(Attach additional pages if necessary)**

I REQUEST THE FOLLOWING RELIEF: (State outcome you are seeking): PLEASE RETURN MY COP OUTS AND FORMS SO I MAY GET READY FOR MY CASE

COPY WITH RESPONSE

I UNDERSTAND THAT THIS GRIEVANCE MUST BE FILED WITH THE GRIEVANCE COORDINATOR WITHIN 30 DAYS OF THE OCCURRENCE OR MY KNOWLEDGE OF THIS INCIDENT.

DATE: OCT 6 2005          PRISONER'S SIGNATURE: _____

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE AND HAVE ISSUED THE LOG NUMBER ABOVE FOR REFERENCE. PLEASE REFER ANY INQUIRES ABOUT THIS GRIEVANCE TO THE ASSIGNED LOG NUMBER.

DATE FILED IN COMPLIANCE: 10/7/05   GRIEVANCE COORDINATOR'S SIGNATURE: _____

05-329

Department of Corrections Form #808.03C
Revised: 07/95          Page 1 of 2

PART 2

**PRISONER GRIEVANCE**

| PRINT NAME | INSTITUTION - MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| EARL VOYLES | SCCC G H2 30B | 120903 | 12050 |

| DATE OF INCIDENT | DESCRIBE INCIDENT AND YOUR ATTEMPTS TO HANDLE IT INFORMALLY. ONE ISSUE PER GRIEVANCE. |
|---|---|
| OCT 6 2005 | |

ON THE 21ST OF SEPT. MY ATTORNEY SENT ME A PHOTO CD WITCH HAS EVIDENCE ON IT FROM MY CASE, I WENT TO THE OFFICE EN HOUSE #2 WHERE THE SGT. TOOK MY CD AND SAID PROPRTY SHOULD GET IT TO ME IN THE NEXT FEW DAYS, 2 DAYS LATER I WAS CALLED TO PROPRTY AND WAS TOLD MY CD WAS LOST. IT NOW IS THE 7TH OF OCT AND STILL NO WORD ON MY CD, I AM BEING DENIED MY RIGHT TO MY LEGAL PAPERS AND TAPES AND CDS, BY THEM BEING HELD IN PROPRTY AND OUT OF MY PERSONS. MY CD IS STILL UNACOUNTED FOR AND DONT KNOW WHO HAS BEEN I CONTACT WITH IT OR IF ITS BEEN VIEWED OR ALTERD.
MY CD FALLS ANDER ATTORNEY CLIENT PRIVLEDGE INFORMATION ACT, I HAVE ASKED FOR HELP IN THIS MATTER EVEN WROTE TO SUPERENTENDANT BUT TO NO AVAIL, PLUS ALL MY COP-OUT ARE BEING WITH HELD IN THIS MATTER

**(Attach additional pages if necessary)**

I REQUEST THE FOLLOWING RELIEF: (State outcome you are seeking): TO HAVE MY CD AND LEGAL MATIREALS, AND TO KNOW WHO HAS BEEN IN CONTACT WITH MY PROPRTY (LEGAL STUFF)

COPY WITH RESPONSE

I UNDERSTAND THAT THIS GRIEVANCE MUST BE FILED WITH THE GRIEVANCE COORDINATOR WITHIN 30 DAYS OF THE OCCURRENCE OR MY KNOWLEDGE OF THIS INCIDENT.

DATE: OCT 6 2005    PRISONER'S SIGNATURE: Earl V

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE AND HAVE ISSUED THE LOG NUMBER ABOVE FOR REFERENCE. PLEASE REFER ANY INQUIRES ABOUT THIS GRIEVANCE TO THE ASSIGNED LOG NUMBER.

DATE FILED IN COMPLIANCE: 10/7/05    GRIEVANCE COORDINATOR'S SIGNATURE:

✓

05-329

Grievance Appeal Due
Date 10-1205 Time 1815

**INMATE COPY**

Prisoner Earl Voyles  OB# 120903          Grievance Log Number:  12050

Continued from page one:

Prisoners may not keep audiotapes or videotapes in their possession.  Photo CD discs should be seized as well, because prisoners do not have any equipment with which to use these items.  The facility can make arrangements for a prisoner to listen to audiotapes or to watch videotapes of court appearances.  However, there is no computer equipment for viewing digital photographs available in a location appropriate for private use by a prisoner. ~~And yet the viewing of digital~~ ~~photographs by a prisoner in relation to his legal proceedings would seem to be a simple matter~~ ~~unfettered~~.  The same work could be done by viewing a hard copy of any photograph that is deemed necessary to consider for legal proceedings.

I recommend that prisoner Voyles send the photo CD back to his attorney and have photographs sent in through privileged mail, if necessary.  The photographs should be held in the legal materials shelf in Property, along with his audiotapes and videotape.  They can be made available to prisoner Voyles in a secure viewing area upon his written request, as staff availability permits.   All legal materials held in Property are subject to the rules of confidentiality, and will be searched for contraband but not read, absent a ruling from the Department of Law.

Prisoner Voyles' second compliant was that he did not receive copies of requests for interview, and that requests he wrote were never answered.  I explained to him that copies of "cop-outs" are not made unless the prisoner submits a Personal Copies Request and a commissary slip for $.15 per copy. He understands, and has already requested copies using proper procedure.  Prisoner Voyles was further told that he can make carbon copies of his requests before he submits them, and he can then note the replies when received. He also was shown every recent "cop-out" that had been placed in his file without his acknowledgement written on it, and he signed that he had viewed each one. That satisfies his complaint about missing "cop-outs".

Investigator: _____  Date: __10/11/05__

H. FAUST  CO III

## PRISONER GRIEVANCE APPEAL STATEMENT

| PRINT NAME | INSTITUTION / MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| EARL VOYLES | SCCC H2 G 30B | 120903 | 12050 |

| DATE OF APPEAL | I am appealing the Superintendent's determination for the following reasons: |
|---|---|

12-15-05

1) OFC BEARDSLEY ~~TOLD ME~~ EARLY SAID HE CHECKED MY CD,
AND THAT I HAD PHOTOS ON IT. THIS IS A BREACH OF MY ATTORNEY
CLIENT INFORMATION ACT. 2) ON THE ADDED SHEET, TRYING TO TELL
ME OF LEGAL MATTERS, OR HOW MUCH IT MIGHT OR MIGHT NOT HELP ME
IS FOR MY LEGAL COUNCEL NOT THE STAFF AT A CORRECTIONAL FACILTY,
TO TRY AND GIVE ~~ME LEGAL~~ COULD GET STAFF OR EMPLOYEES OF A STATE
CORRECTIONAL FACILTY IN TO TROUBLE ON A CONFLICT OF INTREST, OVER LEGAL ISSUES.
OR OTHER POINTS 3) I SHOULD BE ABLE TO ~~REVIEW~~ VIEW ALL OF MY
LEGAL MATERIALS NOT JUST MY TAPES OR VCR TAPES, CDS AS WELL (ALL
FOR ONE AND ONE FOR ALL I SAY) IF YOU ALLOW ONE BUT NOT ALL THEN
IM BEING DENIED MY RIGHT ~~OF~~ TO DEFEND MYSELF OR HAVE FULL
ACCESS TO MY LEGAL MATERIALS IN ACCORDANCE WITH STATE AND
~~FEDRAL LATE'S~~ FEDERAL LAWS.

PRISONER'S SIGNATURE  Earl Voyles

I ACKNOWLEDGE RECIEPT OF THIS GRIEVANCE APPEALS STATEMENT AND HAVE LOGGED IT WITH THE APPROPRIATE INITIALLY FILED GRIEVANCE.

DATE FILED IN COMPLIANCE 11/23/05   GRIEVANCE COORDINATOR'S SIGNATURE

DIRECTOR OF INSTITUTION'S / MEDICAL ADVISORY COMMITTEE'S DECISION:

Mr. Voyles:   Your appeal has been reviewed. Your photo CD is accounted for on the property legal shelf. You have now reviewed copies of your "cop-outs" about this issue. The Superintendent's response to your grievance is appropriate. Your appeal is denied.

10/30/05

| Distribution: | Original to Prisoner Case File | Director of Institutions | Date |
|---|---|---|---|
| | Institutional Grievance Coordinator/ Grievance & Compliance administrator (Central Office) Prisoner | | |

Department of Corrections Form #808.03D
Rev. 07/95

# PRISONER GRIEVANCE

| PRINT NAME | INSTITUTION/MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| EARL UOYLES | J | 120903 | 11411 |

**DATE OF INCIDENT:** 7 17 05

**DESCRIBE INCIDENT AND YOUR ATTEMPTS TO HANDLE IT INFORMALLY./ONE ISSUE PER GRIEVANCE.**

I PUT IN A COP OUT TO BE MOVED OFF OF THE TOP BUNK, THEY SAY ALL THE BUNKS ARE THE SAME LENGHT. BUT YOU CAN SEE THE THATS NOT TRUE, YOU CAN SEE THE DIFFERENCE IN LENGHT JUST BY LOOKING AT THE BUNKS, AND THE BOATS ARE SHORTER THAN THE BOTTOM BUNKS, AS WELL, I don't FIT IN THOSE EITHER. I AM A LITTLE OVER 6'5'' INCHES TALL. I CAN NOT LAY OUT ON MY UPPER BUNK. AND I HAVE A VERY BAD BACK AS WELL. THERE IS A PERSON IN THIS MOD THAT HAS THE SAME PROBLEM AND HAS BEEN MOVED TO A BOTTOM BUNK. AND GIVEN A BOTTOM BUNK CARD AS WELL, PLUS A GUARD HAS TRD ME OF OTHER PEOPLE WHO HAVE HAD THE SAME PROBLEM PROBLEM AND BOTTOM BUNK HAS FIX IT,

**I REQUEST THE FOLLOWING RELIEF (State outcome you are seeking):**

TO BE GIVIN A BOTTOM BUNK, I CARE FOR MY HEALTH AS WELL AS A RESPONSE ON THIS MEDICAL MATTER

I UNDERSTAND THAT THIS GRIEVANCE MUST BE FILED WITH THE GRIEVANCE COORDINATOR WITHIN 30 DAYS OF THE OCCURRENCE OR MY KNOWLEDGE OF THIS INCIDENT.

**DATE:** 7 17 05    **PRISONER'S SIGNATURE:** Earl Voyles

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE AND HAVE ISSUED THE LOG NUMBER ABOVE FOR REFERENCE. PLEASE REFER ANY INQUIRIES ABOUT THIS GRIEVANCE TO THE ASSIGNED LOG NUMBER.

**DATE FILED:** JUL 1 8 2005    **GRIEVANCE COORDINATOR'S SIGNATURE:**

COMPLIANCE.

Form 808.03C    Page 1 of 2

| STATE OF ALASKA | | DEPARTMENT OF CORRECTIONS. |
|---|---|---|
| PRISONER GRIEVANCE - PAGE 2 | | |

| PRISONER NAME | LOG NUMBER | |
|---|---|---|
| EARL VOYLES | 120050 | Part I |

**INVESTIGATOR'S FINDINGS AND RECOMMENDATIONS:**

In this part of prisoner Voyles' complaint he claims that a photo CD which came in his legal mail was taken from him by house staff and subsequently lost by the Property department. Voyles says that he is being denied access to his legal materials. He goes on to further complain that when he wrote requests for interview to try to get answers about the photo CD, the requests were not returned. I spoke with prisoner Voyles on 10/09/05, and he showed me his prisoner copy of the seizure report for the photo CD. Voyles also stated his concern that someone may have viewed files on the disc, and that the photos on the disc could be altered. No staff was available in Property on 10/09/05. On the morning of 10/10/05 I spoke with Property Officer David Beardsley. ~~He assured me that the CD was safely~~ stored on the legal materials shelf in the Property office, along with other audiotapes and a videotape seized from prisoner Voyles. Officer Beardsley also said that he had replied to prisoner Voyle's request about the CD, and had told him that the CD was being held in Property. On 10/10/05 I also checked prisoner Voyles' file in Records and saw several requests for interview forms that he had written which referred to the photo CD. They were stapled together along with another request for interview form in which Voyles had asked for copies of the replies. Because not all of the forms had been signed by the prisoner, I took all the pertinent requests over to Golf module and showed them to prisoner Voyles. He signed those that he had not yet acknowledged. It's possible that prisoner Voyles did not see all of the replies that were sent to him on his requests for interview forms, and that caused him to believe that the photo CD seized from him could not be accounted for by Property. The Property department is very busy and may have told him that they could not immediately locate the seizure, but the fact is that all proper procedures have been followed and the CD is secure.

-Continued on attached page-

**INVESTIGATION:** I met with grievant on 10/09/05 and 10/10/05 at 1300 hours, 1520 hrs.

INVESTIGATOR'S SIGNATURE: [signature]    DATE: 10/11/05

**SUPERINTENDENT'S FINDINGS AND DETERMINATION:**

CD's or Photos (UNAUTHORIZED), will be treated as Legal materials (as are cassette tapes). Property Current Therein as Sub. Prisoner Advised of this System. CD's Not lost as Claimed, (do not copies provide) at cost. As Requested. Relief denied, prisoner May not Retain Photo CD's.

SUPERINTENDENT'S SIGNATURE: [signature]    DATE: 10/11/05

**PRISONER'S RESPONSE:**

☐ I AM SATISFIED WITH THIS RESPONSE
☐ I AM NOT SATISFIED WITH THIS RESPONSE
☐ AND DO ATTEND TO APPEAL, TO THE DIRECTOR OF INSTITUTIONS OR MEDICAL DIRECTOR.
☐ BUT DO NOT WISH TO APPEAL.

I UNDERSTAND THAT MY COMPLETED STATEMENT OF APPEAL FORM MUST BE SUBMITTED TO THE GRIEVANCE COORDINATOR WITHIN TWO WORKING DAYS OF THIS DATE.

PRISONER'S SIGNATURE: _____    DATE: _____

**FORM DELIVERED TO PRISONER BY OFFICER:**

_____    _____    _____
(PRINT NAME/SIGNATURE)    (PRINT NAME/SIGNATURE)    (DATE/TIME)

DISTRIBUTION:    Original to Prisoner Case File
                Prisoner
                Grievance Coordinator

Department of Corrections Form #808.03C
Revised: 07/95    Page 2 of 2