IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

EARL VOYLES,

                    Plaintiff,

        vs.

JOE SCHMIDT,

                    Defendant.

Case No.  3:05-cv-69  TMB


<u>O R D E R</u>

This is a *pro se* prisoner civil rights action under 42 U.S.C. § 1983.  A review of the record indicates that Plaintiff's due process claim arises from an incident that occurred while he was incarcerated in December 2003.  <u>See</u> Docket 8 & 9A.  In November, 2005, the Honorable James K. Singleton set discovery and dispositive motion deadlines:  Original discovery was due 3/3/06, and dispositive motions were to be filed  4/2/06.  Docket 25.

On December 21, 2005, Voyles sent a letter to the court.  Among the exhibits attached to this letter was a "Motion to Request Telephonic Hearing."  This document apparently never was docketed by the clerk because it was mixed in with the exhibits.  Docket 26

On January 23, 2006 this matter was transferred to the undersigned.  Docket 28.  On January 26, 2006 Voyles requested a continuance and a telephonic conference.  Docket 29.  Plaintiff's letters indicate that they have been served on the Attorney General, but Defendant has not filed any responsive pleadings to any of the foregoing.

On March 20, 2006, Plaintiff filed a Motion requesting "all rulings from Dec 05 to now Mar 06 as well as change of Judge.  And would inform the court of my intent to appeal this change." Docket 31.  It is unclear if Plaintiff is requesting that the court rule on all pending motions, or if he is asking for copies of all orders that have been sent out during that time period because he has not been receiving his mail.

In order to move this matter forward, a status conference has been set on **<u>Friday, April 7, 2006, at 10:00 a.m. Alaska time</u>**.  The Assistant Attorney General is hereby directed to make the

1

necessary arrangements with the correctional center to have Mr. Voyles available to participate telephonically.   Mr. Voyles  is hereby directed to call 907-677-6225 on the date and time indicated above, taking into consideration the time difference between Alaska and Arizona.

Dated at Anchorage, Alaska, this 24th day of March 2006.

/s/ Timothy Burgess
Timothy M. Burgess
United States District Judge

2