Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Attorney for Defendant Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EARL VOYLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOE SCHMIDT, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. A05-0069 CV (TMB) |

MOTION TO CONTINUE APRIL 7TH STATUS HEARING

Comes now defendant Joe Schmidt, by and through his attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby moves this court to continue the April 7th status conference since she will be on leave.  This motion is supported by the accompanying affidavit of counsel.

Dated this 30th day of March, 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on March 30, 2006, I caused
to be faxed and mailed a true and correct copy of the
foregoing, affidavit and proposed order
via U.S. Postal Service to:

Earl Voyles
Florence Correctional Center
P.O. Box 6200
Florence, AZ  85231

_____
By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Motion to Dismiss
*Clyde v. McCloud.,* Case A04-122 CV (RRB)
Page 3 of 3.