Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Attorney for Defendant Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EARL VOYLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOE SCHMIDT, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. A05-0069 CV (TMB) |

PROPOSED ORDER RESCHEDULING STATUS CONFERENCE

The defendant's motion to reschedule the April 7, 2006, status conference is hereby granted.  The status conference shall be continued until _____, 2006, at ____ am/pm.  The Assistant Attorney General is hereby directed to make the necessary arrangements with the correctional center to have Mr. Voyles available to participate telephonically.   Ms. Kamm, counsel for defendant, is also given leave to participate telephonically since she is in Juneau.  She shall make the arrangements for a conference call with Mr. Voyles, herself and the court.

Order Granting Motion to Reschedule Status Conference
*Voyles v. Schmidt, Case No. A05-0069 cv (TMB)*
Page 1 of 2.

Dated this _____ day of _____, 2006.

                                                                     _____
                                                                     Timothy Burgess
                                                                     United States District Court

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043

Order Granting Motion to Reschedule Status Conference
*Voyles v. Schmidt*, Case No. A05-0069 cv (TMB)
Page 2 of 2.