Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Attorney for Defendant Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

EARL VOYLES, )
)
Plaintiff, )
)
vs. )

JOE SCHMIDT, )
)
Defendants. )
________________________________ ) Case No. A05-0069 CV (JKS)

**AFFIDAVIT OF COUNSEL**

S TATE OF ALASKA )
) ss.
FIRST JUDICIAL DISTRICT )

I, Marilyn J. Kamm, after being duly sworn and based upon my personal knowledge state that:

1. I am the attorney for defendant in the above-referenced case.

2. I am requesting that the April 7, 2006, status conference be rescheduled because I will be on leave that day and in Washington, D.C. I will be

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043

on leave or out of the office on April 3, April 6 through April 16, April 20 through 24, and April 26 through April 28th.

3. I do not plan to be out of the office in May, 2006.

4. I respectfully request that the status conference be continued to a date when I am here in Juneau in April or in May. There is only one other corrections' attorney, Mr. John Bodick, and he will be busy covering my mail and other matters while I am out of the office.

Further this affiant sayeth naught.

Marilyn Kamm

SUBSCRIBED AND SWORN TO before me this 30 day of March, 2006 at Juneau, Alaska.

Patricia J. Bower
Notary Public in and for State of Alaska
My Commission expires with office.

STATE OF ALASKA
OFFICIAL SEAL
PATRICIA J. BOWER
NOTARY PUBLIC
My Commission Expires with office.

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043