IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EARL VOYLES,                    )<br>                                                 )<br>        Plaintiff,                       )<br>                                                 )<br>    vs.                                     )<br>                                                 )<br>JOE SCHMIDT,                    )<br>                                                 )<br>        Defendant.                   )<br>_____ ) | Case No.3:05-cv-69 TMB |

ORDER RESCHEDULING STATUS CONFERENCE

The defendant's motion to reschedule the April 7, 2006, status conference is hereby granted.  The status conference shall be continued until **Wednesday, April 19, 2006, at 10:00 a.m.**  The Assistant Attorney General is hereby directed to make the necessary arrangements with the correctional center to have Mr. Voyles available to participate telephonically.   Ms. Kamm, counsel for defendant, is also given leave to participate telephonically since she is in Juneau.  She shall make the arrangements for a conference call with Mr. Voyles, herself and the court.

Dated this 31st day of March, 2006.

/s/ Timothy Burgess
Timothy Burgess
United States District Court Judge