IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Earl Voyles,            )
        Plaintiff,)
                        )
V.                      )
                        )
Joe Schmidt,            )
        Defendant,)     Case No: A05-0069 (TMB),

MOTION TO COMPEL UNDER RULES 37 (A)

    Comes now Plaintiff, Earl Voyles, Pro Se, to compel this Court to order under Rule 37 (A) that the Defendant, Joe Schmidt & Attorneys to Make Discovery to Plaintiff the Log Books from Anchorage Correctional Complex West & East from Nov of 2003 to Dec 2003, And to make available the Discovery of Documents taken from Plaintiff, Earl Voyles, inmate # - 120903, on November 29 th, 2005 in S.C.C.C. prison in Seward, Ak.: To include one form requesting a legal copy of a letter, one commissary request form releasing funds, one letter to Mr. Lei Tupou, A cop-out request form approving such request by a Sgt. and refused by another Sgt. cop-outs requesting why refusing copy's requesting one page or paper requesting interview with with Ast. Warden/superintendent or superintendents Stamped inmates copy, and one request form asking to send a fax - refused by Sgt.?.

Dated this ___7 th___ day of ___MAY___ 2006

                                               Earl Voyles, Pro Se

CERTIFICATE OF SERVICE

    This certifies that the Plaintiff, Earl Voyles, made service of the foregoing document on this ___7th___ day of ___May___ 2006 by U.S. Mail To: (1) The U.S. District Court For The District Of Alaska, and - (2) M.J. Kamm, A.A.G. Dept. Of Law, P.O. Box 110300, Juneau, Ak 99811

Earl Voyles
P.O. Box 6200
Florence, Arizona 85232