Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Attorney for Defendant Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EARL VOYLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOE SCHMIDT, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. A05-cv-0069-TMB |

OPPOSITION TO MOTION TO COMPEL DISCOVERY

Defendants oppose the motion to compel discovery for several reasons. First of all, the plaintiff has never served counsel with a discovery request as required by the Civil Rules, nor has he made any informal written requests for production. Secondly, plaintiff has failed to comply with Local Rule 37.1 by failing to attach a Good Faith Certificate.  Not only has he failed to serve defendants with the requests for production, he has never contacted counsel about the discovery.

At the scheduling conference in this case one of the issues discussed was

Opposition to Motion to Compel
*Voyles v. Schmidt,* Case No. 3:05-0069- cv (TMB)
Page 1 of 2.

plaintiff's need to serve discovery requests on counsel.  He was told that he should not seek from the defendants themselves copies of documents related to this litigation.  His motion to compel should be denied because he has failed to comply with the civil rules.

Dated this 30th day of May, 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on May 30, 2006, I caused
to be mailed a true and correct copy of the
foregoing, via U.S. Postal Service to:

Earl Voyles
Florence Correctional Center
P.O. Box 6200
Florence, AZ  85231

_____
By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Opposition to Motion to Compel
*Voyles v. Schmidt,* Case No. 3:05-0069- cv (TMB)
Page 2 of 2.