IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Earl Voyles,
      Plaintiff,

v.

Joe Schmidt,
      Defendant,

Case No: A05-0069 (TMB)

RECEIVED
JUN 1 9 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## RESPONSE TO OPPOSITION TO MOTION TO COMPEL DISCOVERY

Comes now the Plaintiff, Earl Voyles, to say the A.A.G., M.J. Kamm, stated in her motion to oppose motion to compel Discovery, That Defendant Nor Counsel, was never served with a copy of the motion to compel discovery under Rule 37 (a), So the question to the Court is - If Plaintiff didn't serve the defendant or counsel with there copy as they claim - How then is it that A.A.G., M.J. Kamm, aware that anything was filed in this Court.?. and further claims that Plaintiff never complied with the good faith of Certificate Of Service - The Plaintiff has made prior motions to this Court and is aware that service is to be made to the Court as well as the defendant and counsel for the defendant, and Plaintiff has filed quite afew different pleadings in various Courts in the past, and Plaintiff certifies under penalty of perjury to service of the motion to compel discovery was sent to the defendants counsel by U.S. Mail, Plaintiff views this as a ploy by the A.A.G., M.J. Kamm, to hinder and obstruct redress by this Court, Plaintiff will construct another copy of this foregoing response and motion to compel discovery - construct 3 - copies each time one for the court and one for the defendant/counsel, and Plaintiffs copy, In the future Plaintiff will try to send future pleadings to the defendant/counsel certified return receipt mail, motion to compel discovery is hereto attached.

Dated this 10th day of June 2006

Earl Voyles Pro Se
P.O. Box 6200
Florence, Arizona 85232

### Certificate Of Service

This certifies that the Plaintiff, Earl Voyles, made service of the foregoing document on this 10th day of June 2006 by U.S. Mail TO: (1) The U.S. District Court For The District Of Alaska, and (2) AAG, M.J. Kamm, Dept. Of Law, P.O. Box 110300, Juneau, Ak 99811.