RECEIVED
JUN 19 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Earl Voyles, )
      Plaintiff, )
)
v. )
)
Joe Schmidt, )
      Defendant, )

Case No: A05-0069 (TMB)

## MOTION TO COMPEL UNDER RULE 37 (A)

Comes now Plaintiff, Earl Voyles, Pro Se, To compel This Court to order under 37 (A), That the Defendants Joe Schmidt & Attorneys to make Discovery to Plaintiff the Log Books from Anchorage Correctional Complex West & East from Nov. of 2003 to Dec. 2003, and (2) To make available the Discovery of Documents taken from Plaintiff, Earl Voyles, inmate # 120903, On November 29 th, 2005, in Seward S.C.C.C. prison in Alaska: To include one form requesting a legal copy of a letter, one commissary request form releasing funds, one letter to Mr. Lei Tupou, A cop-out request form approving such request by a Sgt. - and refused by another Sgt., cop-outs requesting why refusing copy's requesting one page or paper requesting interview with Ast. Warden/Superintendent or Superintendents stamped inmates copy, one request form asking to send a fax - refused by Sgt.?

Dated this 10th day of June 2006

                                                Earl Voyles Pro Se,
                                                P.O. Box 6200
                                                Florence, Arizona 85232

## CERTIFICATE OF SERVICE

This certifies that the Plaintiff, Earl Voyles, made service of the foregoing document on this 10th day of June 2006 by U.S. Mail TO: (1) The U.S. District Court For The District Of Alaska, and (2) A.A.G., M. J. Kamm, Dept. Of Law, P.O. Box 110300, Juneau, Ak 99811.