Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX: (907) 465-4043
Attorney for Defendant Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EARL VOYLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOE SCHMIDT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. A05-cv-0069-TMB |

OPPOSITION TO SECOND MOTION TO COMPEL DISCOVERY

Defendant opposes the second motion to compel discovery for the same reasons he opposed his first motion to compel at docket 37.  It would also appear from plaintiff's reply at docket 39 that he did not understand the defendant's opposition at docket 38.  Defendant did not complain that he was not served with a copy of the motion to compel; he complained that plaintiff did not comply with the civil rules.

Defendant re-iterates his opposition to the motion to compel.  First of all, the plaintiff has never served counsel with a discovery request as required by the Civil

Opposition to Second Motion to Compel
*Voyles v. Schmidt,* Case No. 3:05-0069- cv (TMB)
Page 1 of 3.

Rules, nor has he made any informal written requests for production. Secondly, plaintiff has failed to comply with Local Rule 37.1 by failing to attach a Good Faith Certificate. Not only has he failed to serve defendants with the requests for production, he has never contacted counsel about the discovery.

At the scheduling conference in this case one of the issues discussed was plaintiff's need to serve discovery requests on counsel. He was told that he should not seek from the defendants themselves copies of documents related to this litigation.

Finally, plaintiff has failed to show that the documents he now seeks have any relevance or any likelihood of leading to the discovery of relevant evidence in this lawsuit. Plaintiff's complaint alleges that on December 14, 2003, that he was denied access to his legal materials. The Anchorage Correctional Complex log books contain confidential information and there is no reason given by plaintiff why they should be produced to him. Moreover, he has failed to explain the relevance of the documents taken from him on November 29, 2005, nor has he shown that he has exhausted administrative remedies in an attempt to recover these documents.

Defendant respectfully requests that the court deny plaintiff's second motion to compel.

Dated this 7th day of July, 2006, at Juneau, Alaska.

Opposition to Second Motion to Compel
*Voyles v. Schmidt,* Case No. 3:05-0069- cv (TMB)
Page 2 of 3.

           DAVID W. MÁRQUEZ
           ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on July 7, 2006, I caused
to be mailed a true and correct copy of the
foregoing, via U.S. Postal Service to:

Earl Voyles
Florence Correctional Center
P.O. Box 6200
Florence, AZ  85231

_____
By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Opposition to Second Motion to Compel
*Voyles v. Schmidt,* Case No. 3:05-0069- cv (TMB)
Page 3 of 3.

Case 3:05-cv-00069-TMB    Document 41    Filed 07/07/2006    Page 4 of 4