Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EARL VOYLES,<br><br>    Plaintiff,<br><br>vs.<br><br>JOE SCHMIDT,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-0069 CV (JKS) |

**DEFENDANT'S FIRST SET OF INTERROGATORIES**

Pursuant to Civil Rule 33 and Civil Rule 34, defendant requests that plaintiff answer each of the following interrogatories under oath within the time and the manner provided by the rules, and produce copies of all requested documents, tapes and videotapes.

Defendant's Interrogatories
*Voyles v. Schmidt*, Case No. A05-0069 cv (JKS)
Page 1 of 6.



EXHIBIT A
PAGE 1 OF 6

1. Please explain how your attorney-client privilege was violated on December 14, 2003. Who was your attorney at that time?

RESPONSE:

2. Please identify each and every document, tape and videotape that was taken from you in December, 2003, when you moved to ACC-East. Please produce a copy of each document, tape and videotape with your responses.

RESPONSE:

3. Please identify the criminal case to which you refer in your complaint

RESPONSE:

4. Please explain how possession of the missing documents, tapes and videotapes would have affected the outcome of the trial.

RESPONSE:

Defendant's Interrogatories
*Voyles v. Schmidt*, Case No. A05-0069 cv (JKS)
Page 2 of 6.



EXHIBIT A
PAGE 2 OF 6

5. When was your criminal case tried?

RESPONSE:

6. Did you tell your attorney about the missing documents, tapes and videotapes? If not, why not? If so, did you ask your attorney to ask for a continuance of the trial?

RESPONSE:

7. Did your attorney request a continuance of your trial? If not, why not?

RESPONSE:

8. Did you appeal from your conviction? Is so, what is the status of your appeal?

RESPONSE:

9. Have you filed any applications for post-conviction relief pertaining to

Defendant's Interrogatories
*Voyles v. Schmidt*, Case No. A05-0069 cv (JKS)
Page 3 of 6.



EXHIBIT A
PAGE 3 OF 6

the criminal case you identified above?

      RESPONSE:

    10.    What steps did you take to locate the missing documents, tapes and videotapes?

      RESPONSE:

    11.    When did you speak to defendant Joe Schmidt about the missing items? Who said what during the conversation(s)? Were there any witnesses to your conversation(s)? If so, who? Why do you say he did nothing?

      RESPONSE:

    12.    Please identify each expert witness you intend to call at trial and the substance of the facts and opinions to which the expert is expected to testify.

      RESPONSE:

Defendant's Interrogatories
*Voyles v. Schmidt*, Case No. A05-0069 cv (JKS)
Page 4 of 6.

EXHIBIT A
PAGE 4 OF 6


13. Please identify each lay witness you intend to call at trial? State the facts to which they will testify.

RESPONSE:

14. Please state with particularity each and every fact supporting your claim that defendant violated your right to due process.

RESPONSE:

15. What damages allegedly resulted from defendant's violation of your rights? Please provide all documents pertaining to your damages.

RESPONSE:

Dated this 21 day of December, 2005.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *Marilyn J Kamm*
Marilyn J. Kamm
Assistant Attorney General

Defendant's Interrogatories
*Voyles v. Schmidt*, Case No. A05-0069 cv (JKS)
Page 5 of 6.

EXHIBIT A
PAGE 5 OF 6

## VERIFICATION

STATE OF ALASKA                )
                               ) ss.
THIRD JUDICIAL DISTRICT        )

      I, Earl Voyles, being first duly sworn, do verify that I have read and answered the above interrogatories in the spaces provided. I have answered the questions propounded to me as truthfully and as fully complete as possible.

                                                               _____
                                                               Earl Voyles

      SUBSCRIBED AND SWORN TO before me, the undersigned notary public in and for the State of Alaska, this ____ day of January, 2006.

                                                               _____
                                                               Notary Public, State of Alaska
                                                              My Commission Expires: _____

Defendant's Interrogatories
*Voyles v. Schmidt*, Case No. A05-0069 cv (JKS)
Page 6 of 6.

EXHIBIT A
PAGE 6 OF 6

# STATE OF ALASKA

**DEPARTMENT OF LAW**
*CRIMINAL DIVISION*



**FRANK H. MURKOWSKI,
GOVERNOR**

*Mailing:* PO Box 110300
Juneau, AK 99811-0300
*Delivery:* 123 4th Street, Ste 717
Juneau, AK 99801
*Phone:* (907) 465-3428
*Fax:* (907) 465-4043

March 1, 2006

Earl Voyles
SCCC
PO Box 5001
Seward, AK 99664

Re: *Earl Voyles v. Schmidt, et al*, Case No. A05-69 cv (TMB)

Dear Mr. Voyles:

On December 22, 2005, I sent to you Defendant's First Set of Interrogatories. Your responses were due within 33 days of my service upon you. However, I have not received your responses. Please be advised that if I do not receive your responses by March 24, 2006 that I will file a motion to compel your response. For your convenience I am enclosing another copy of my interrogatories.

Sincerely,

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *Marilyn Kamm*
Marilyn J. Kamm
Assistant Attorney General

EXHIBIT B
PAGE 1 OF 1