

# STATE OF ALASKA

## DEPARTMENT OF LAW
*CRIMINAL DIVISION*

**FRANK H. MURKOWSKI,
GOVERNOR**

| | |
|---|---|
| *Mailing:* | PO Box 110300 |
| | Juneau, AK 99811-0300 |
| *Delivery:* | 123 4th Street, Ste 717 |
| | Juneau, AK 99801 |
| *Phone:* | (907) 465-3428 |
| *Fax:* | (907) 465-4043 |

Earl Voyles
FCC
PO Box 6200
Florence, AZ 85232

Re: *Earl Voyles v. Schmidt, et al*, Case No. A05-69 cv (TMB)

Dear Mr. Voyles:

At today's hearing I stated that I would return your interrogatory responses to you for your verification. You are required under Rule 33(b)(1) of the Federal Rules of Civil Procedure to verify them. Enclosed are your original responses and another copy of the interrogatories with a new verification page.

I am providing you with another set of the interrogatories because your responses were not complete. If you do not supplement them, I will have no choice but to file a motion to compel with the court. You need to provide the following additional information:

Interrogatory #1. What grievance are you referring to? You should identify it by date and provide me with a copy of it if you do not provide your explanation in the responses.

Interrogatory #2. I do not understand your response. You state, "Full discovery photos, tapes, vcr tape case 3AN S03 10899 cr." What do you mean by "full discovery?" Are these photos, tapes, and a vcr that the District Attorney produced to your attorney in discovery? If that is not what you mean, then you need to identify each photo, each tape and each vcr. You also need to provide me with a copy of each photo, tape and vcr.

Interrogatory #4. Judge Singleton's order does not explain how possession of the missing documents, tapes and videotapes would have affected the outcome of your trial. You need to explain to me how you think the outcome of your trial was affected by the fact that you allegedly did not have these items.

Interrogatory #6. Did you tell any of your attorneys about the missing documents, tapes, and videotapes? If so, identify the lawyer(s) to whom you spoke. If you did not tell any of your attorneys explain why you did not tell them about it. Did you ask any of your lawyers to ask for a continuance of your trial because of the missing documents, tapes, and videotape? If you did not ask your attorney to continue your trial, why didn't you?



EXHIBIT C
PAGE 1 OF 8

Earl Voyles                                                                            April 19, 2006

Interrogatory #9.  Have you filed any applications for post-conviction relief regarding the criminal trial 3AN-03-10899cr?

Interrogatory #10.  You need to provide me with a copy of the grievance you are referencing.

Interrogatory #11.  What did you say to Mr. Schmidt about your missing items?  What did he say to you?  Were there any witnesses who saw you talking to Mr. Schmidt?  If there were witnesses, please identify them by name.  You have stated that Mr. Schmidt did nothing.  Why did you say that?

Interrogatory #12.  You need to answer this question.

Interrogatory #13.  You need to identify your witnesses and what you expect them to say.

Interrogatory #14.  How did Mr. Schmidt deny you your right to due process?  What did he do or not do to affect your right?

Interrogatory #15.  You have asked for damages in excess of $5,000,000.  What is the basis of your request for this amount of damages?  If you have any documents pertaining to your damages, provide me with a copy.

Please be advised that if I do not receive your verified, supplemented responses by May 8, 2006, I will have no choice but to file a motion to compel.

                              Sincerely,

                              DAVID W. MÁRQUEZ
                              ATTORNEY GENERAL


                              By:_____
                              Marilyn J. Kamm
                              Assistant Attorney General



EXHIBIT    C
PAGE  2  OF  8

Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

EARL VOYLES,                          )
                                      )
        Plaintiff,                  )
                                      )
  vs.                                 )
                                      )
JOE SCHMIDT,                          )
                                      )
        Defendants.                 )
_____       )    Case No. A05-0069 CV (TMB)

## DEFENDANT'S FIRST SET OF INTERROGATORIES RESENT TO PLAINTIFF FOR VERIFICATION AND ADDITIONAL RESPONSES

        Pursuant to Civil Rule 33 and Civil Rule 34, defendant requests that plaintiff answer each of the following interrogatories under oath within the time and the manner provided by the rules, and produce copies of all requested documents, tapes and videotapes.

Defendant's Interrogatories
*Voyles v. Schmidt*, Case No. A05-0069 cv (TMB)
Page 1 of 6.


EXHIBIT C
PAGE 3 OF 8

1.      Please explain how your attorney-client privilege was violated on December 14, 2003.  Who was your attorney at that time?

RESPONSE:

2.      Please identify each and every document, tape and videotape that was taken from you in December, 2003, when you moved to ACC-East.  Please produce a copy of each document, tape and videotape with your responses.

RESPONSE:

3.      Please identify the criminal case to which you refer in your complaint

RESPONSE:

4.      Please explain how possession of the missing documents, tapes and videotapes would have affected the outcome of the trial.

RESPONSE:

Defendant's Interrogatories
*Voyles v. Schmidt*, Case No. A05-0069 cv (TMB)
Page 2 of 6.


EXHIBIT C
PAGE 4 OF 8

5.     When was your criminal case tried?

RESPONSE:


6.     Did you tell your attorney about the missing documents, tapes and videotapes?  If not, why not?  If so, did you ask your attorney to ask for a continuance of the trial?

RESPONSE:


7.     Did your attorney request a continuance of your trial?  If not, why not?

RESPONSE:


8.     Did you appeal from your conviction?  Is so, what is the status of your appeal?

RESPONSE:


9.     Have you filed any applications for post-conviction relief pertaining to

Defendant's Interrogatories
*Voyles v. Schmidt*, Case No. A05-0069 cv (TMB)
Page 3 of 6.



EXHIBIT *C*
PAGE *5* OF *8*

the criminal case you identified above?

       RESPONSE:


10.    What steps did you take to locate the missing documents, tapes and videotapes?

       RESPONSE:


11.    When did you speak to defendant Joe Schmidt about the missing items? Who said what during the conversation(s)?    Were there any witnesses to your conversation(s)? If so, who?  Why do you say he did nothing?

       RESPONSE:


12.    Please identify each expert witness you intend to call at trial and the substance of the facts and opinions to which the expert is expected to testify.

       RESPONSE:


Defendant's Interrogatories
*Voyles v. Schmidt*, Case No. A05-0069 cv (TMB)
Page 4 of 6.

EXHIBIT _C_
PAGE _6_ OF _8_

13.   Please identify each lay witness you intend to call at trial. State the facts to which they will testify.

RESPONSE:

14.   Please state with particularity each and every fact supporting your claim that defendant violated your right to due process.

RESPONSE:

15.   What damages allegedly resulted from defendant's violation of your rights? Please provide all documents pertaining to your damages.

RESPONSE:

Dated this 19th day of April, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:

Marilyn J. Kamm
Assistant Attorney General

Defendant's Interrogatories
*Voyles v. Schmidt*, Case No. A05-0069 cv (TMB)
Page 5 of 6.


EXHIBIT  C
PAGE  7  OF  8

## VERIFICATION

I verify under penalty of perjury that the foregoing responses are true and correct. Executed on _____, 2006.

_____
Earl Voyles

Defendant's Interrogatories
*Voyles v. Schmidt*, Case No. A05-0069 cv (TMB)
Page 6 of 6.

EXHIBIT _C_
PAGE _8_ OF _8_