1. Please explain how your attorney-client privilege was violated on December 14, 2003. Who was your attorney at that time?

RESPONSE: GRIEVANCE #6539 FILED ON 12/18/03 MR TETLOW (I SENT YOU AND COURT COPYS)

2. Please identify each and every document, tape and videotape that was taken from you in December, 2003, when you moved to ACC-East. Please produce a copy of each document, tape and videotape with your responses.

RESPONSE: THE DISCOVERY THAT WAS GIVIN TO MR TETLOW THEN TO ME, I CAN NOT GIVE TO YOU, YOU MUST ASK MY ATTORNEY FOR THE FULL DISCOVERY SINCE I CANNOT MAKE COPYS OF TAPES OR VIDEOS NOR DO I HAVE ALL SINCE MOVED MANY TIMES WITH LIMITED STAFF could Bring WITH ME / ALLEN BIESUNGER (907 868 1280)

3. Please identify the criminal case to which you refer in your complaint

RESPONSE: 3AN-S03-10999 CR

4. Please explain how possession of the missing documents, tapes and videotapes would have affected the outcome of the trial.

RESPONSE: I NEVER SAID I "WOULD" BUT "COULD" MY COMPLAINT IS A VIOLATION OF MY RIGHT TO DEFEND MY SELF IN A COURT OF LAW, (A RIGHT ALL PEOPLE OF THE USA HAVE)

Defendant's Interrogatories
Voyles v. Schmidt, Case No. A05-0069 cv (TMB)
Page 2 of 6.

EXHIBIT P
PAGE 1 OF 5


5. When was your criminal case tried?

RESPONSE: 7 28 05 OR SO

6. Did you tell your attorney about the missing documents, tapes and videotapes? If not, why not? If so, did you ask your attorney to ask for a continuance of the trial?

RESPONSE: yes MR TETLOW HE TRIED TO RESOLVE THE MATTER TO NO AVAIL, yes WE HAD CONTINUANCES.

7. Did your attorney request a continuance of your trial? If not, why not?

RESPONSE:

8. Did you appeal from your conviction? Is so, what is the status of your appeal?

RESPONSE: ~~CASE~~ OOPS PENDING

9. Have you filed any applications for post-conviction relief pertaining to

Defendant's Interrogatories
*Voyles v. Schmidt*, Case No. A05-0069 cv (TMB)
Page 3 of 6.



EXHIBIT D
PAGE 2 OF 5

the criminal case you identified above?

RESPONSE: DONT KNOW YOU HAVE TO ~~ASK~~ ASK OPA ATTORNEY NOW ALLEN BIESWINGER

10. What steps did you take to locate the missing documents, tapes and videotapes?

RESPONSE: AS I STATED IN THE GRIEVANCE 6537 AND LETTER TO YOU AND COURT, I ASKED FOR MY LEGAL STUFF BACK.

11. When did you speak to defendant Joe Schmidt about the missing items? Who said what during the conversation(s)? Were there any witnesses to your conversation(s)? If so, who? Why do you say he did nothing?

RESPONSE: DURING THE FRIDAY INSPECTION, FRIDAY BEFOR 12 17 03 HE TOOK MY NAME DOWN ON A YELLOW POST IT PAD SAID HE WOULD HELP YES MY CELL MATE SAW IT, NEED TO LOOK IN LOG BOOK TO SEE HIS NAME.

12. Please identify each expert witness you intend to call at trial and the substance of the facts and opinions to which the expert is expected to testify.

RESPONSE: SENT YOU THE LIST

Defendant's Interrogatories
*Voyles v. Schmidt*, Case No. A05-0069 cv (TMB)
Page 4 of 6.



EXHIBIT D
PAGE 3 OF 5

13. Please identify each lay witness you intend to call at trial. State the facts to which they will testify.

RESPONSE: THE PEOPLE ON THE LIST / AND ASK THEM IF I ASK FOR HELP IN THIS MATTER. (SIMPLE)

14. Please state with particularity each and every fact supporting your claim that defendant violated your right to due process.

RESPONSE: ASK HIM FOR MY LEGAL PAPERS / HE TOOK DOWN MY NAME SAID WOULD HELP / SIGN OFF ON MY GRIEVANCE / FAILED TO FOLLOW DOC COP POLICY

15. What damages allegedly resulted from defendant's violation of your rights? Please provide all documents pertaining to your damages.

RESPONSE: TO BE ESTABLISHED AT TRIAL

Dated this 19th day of April, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *Marilyn J. Kamm*
Marilyn J. Kamm
Assistant Attorney General

Defendant's Interrogatories
*Voyles v. Schmidt*, Case No. A05-0069 cv (TMB)
Page 5 of 6.

EXHIBIT D
PAGE 4 OF 5

## VERIFICATION

I verify under penalty of perjury that the foregoing responses are true and correct. Executed on  4-29  , 2006.

_Earl V_____
Earl Voyles
~~Pro-Se~~ Pro-SE Councel

Defendant's Interrogatories
*Voyles v. Schmidt*, Case No. A05-0069 cv (TMB)
Page 6 of 6.

EXHIBIT  D
PAGE  5  OF  5

B-23

Sgt Self - AS
due 1-5-03

# PRISONER GRIEVANCE

| PRINT NAME | INSTITUTION/MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| ZL VOOLES | B - AJ | 120903 | 6537 |

**DATE OF INCIDENT:** 12-14-03 through 12-17-03

**DESCRIBE INCIDENT AND YOUR ATTEMPTS TO HANDLE IT INFORMALLY/ONE ISSUE PER GRIEVANCE.**

As of 12-14-00 I was moved from Fairwood CCPT to Anchorage Jail. And it now being 12-17-03 I have not yet received my Legal papers for my Inditment hearings. I have court today (12-17-03) and need some of my legal papers to bring to my Attorney and I dont have them. This could Jeoprdize my case and my trial. Plus Im not sure but I dont think Im supposed to be sapparated from my Legal papers and are covered under Attorney Client privlage. I would like to know who has been in contact with my papers and tapes since the move from CCPT to AJ. Since 4 days has passed since I have been in contact with my confidental papers I can't be sure of tampering or lost papers. or who has had contact with my evidence.

**I REQUEST THE FOLLOWING RELIEF (State outcome you are seeking):** Who was in contact with my Legal papers and tapes for the last week?

I UNDERSTAND THAT THIS GRIEVANCE MUST BE FILED WITH THE GRIEVANCE COORDINATOR WITHIN 30 DAYS OF THE OCCURRENCE OR MY KNOWLEDGE OF THIS INCIDENT.

**DATE:** 12-18-03  **PRISONER'S SIGNATURE:** [signature]

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE AND HAVE ISSUED THE LOG NUMBER ABOVE FOR REFERENCE. PLEASE REFER ANY INQUIRIES ABOUT THIS GRIEVANCE TO THE ASSIGNED LOG NUMBER.

**DATE FILED IN COMPLIANCE:** 12-22-03  **GRIEVANCE COORDINATOR'S SIGNATURE:** [signature]

Form 808.03C                                                                                   Page 1 of 2


EXHIBIT E
PAGE 1 OF 1