Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Attorney for Defendant Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EARL VOYLES,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOE SCHMIDT,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-0069 CV (TMB) |

### PROPOSED ORDER TO COMPEL

The defendant's Motion to Compel is hereby granted. Plaintiff shall more fully respond to the defendant's interrogatories as follows:

**Interrogatory 1.** Plaintiff shall explain in detail how defendant violated his attorney-client privilege on December 13, 2003, when plaintiff was separated from his legal materials.

**Interrogatory 2.** Plaintiff shall identify each and every document, tape and videotape that was taken from him. Plaintiff shall contact his attorney

Order Granting Motion to Compel
*Voyles v. Schmidt, Case No. A05-0069 cv (TMB)*
Page 1 of 3.

for this information to provide to defendant. Plaintiff shall provide copies of the documents, and make the videotapes and tapes available to defendant for copying.

**Interrogatory 4.** Plaintiff shall explain in detail how possession of these missing documents in December, 2003, would or could have affected the outcome of his trial in 2005.

**Interrogatory 9.** Plaintiff shall contact his attorney and advise defendant whether he has filed any applications for post-conviction relief regarding 3AN-S03-10999 cr.

**Interrogatory 11.** Plaintiff shall explain in detail why he claims that defendant Schmidt did nothing about his missing legal materials.

**Interrogatory 12.** Plaintiff shall identify his expert witnesses and state the substance of facts and opinions to which the expert is expected to testify.

**Interrogatory 13.** Plaintiff shall identify his lay witnesses and state the facts to which they are expected to testify.

**Interrogatory 14.** Plaintiff shall state in detail each fact supporting his claim that defendant violated his right to due process. He should identify the DOC policy that he alleged failed to follow, and state how he failed to comply with that policy.

Order Granting Motion to Compel
*Voyles v. Schmidt, Case No. A05-0069 cv (TMB)*
Page 2 of 3.

**Interrogatory 15.** Plaintiff shall state what damages resulted from defendant's alleged violation of his rights

Plaintiff shall provide this discovery to defendant within 45 days of the date of this order.

Dated this _____ day of _____, 2006.

_____
Timothy Burgess
United States District Court

Order Granting Motion to Compel
*Voyles v. Schmidt*, Case No. A05-0069 cv (TMB)
Page 3 of 3.