Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Attorney for Defendant Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EARL VOYLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOE SCHMIDT, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. A05-0069 CV (JKS) |

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA     )
                    ) ss.
FIRST JUDICIAL DISTRICT )

I, Marilyn J. Kamm, after being duly sworn and based upon my personal knowledge state that:

1. I am the attorney for defendant in the above-referenced case.

2. Exhibit A is a true and correct copy of the interrogatories I served on plaintiff on December 22, 2005.

Affidavit of Counsel
*Voyles v. Schmidt, Case No. A05-0069 cv (TMB)*
Page 1 of 2.

3. Exhibit B is a true and correct copy of the letter I sent to plaintiff on March 1, 2006, advising him that I had not received his responsed to my interrogatories.

4. Exhibit C is a true and correct copy of the letter I sent to him on April 19, 2006, asking him to verify his responses and complete them.

5. Exhibit D is a true and correct copy of the responses to interrogatories I received in response to my letter dated April 19, 2006.

6. I have never received any witness list from plaintiff, nor do I find any in our file. (The case was initially defended by John Bodick.)

Further this affiant sayeth naught.

_____
Marilyn Kamm

SUBSCRIBED AND SWORN TO before me this 11th day of July, 2006 at Juneau, Alaska.



_____
Notary Public in and for State of Alaska
My Commission expires ~~with office.~~ 12/11/08

Affidavit of Counsel
*Voyles v. Schmidt*, Case No. A05-0069 cv (TMB)
Page 2 of 2.