Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Attorney for Defendant Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

EARL VOYLES,                        )
                                    )
            Plaintiff,              )
                                    )
      vs.                           )
                                    )
JOE SCHMIDT,                        )
                                    )
            Defendants.             )
_____)   Case No. A05-0069 CV (TMB)

MOTION FOR EXTENSION OF TIME IN WHICH TO FILE MOTIONS

Comes now defendant Joe Schmidt, by and through his attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby moves this court to extend the deadline for filing motions in this case. The current deadline is July 17, 2006. See docket 36. Plaintiff did not fully respond to defendant's discovery requests and defendant has filed a Motion to Compel. See docket 42. Defendant seeks a new motion deadline 75 days after this court rules on his motion to compel.

Dated this 17th day of July, 2006, at Juneau, Alaska.

Motion for Extension of Motion Deadline
*Voyles v. Schmidt,* Case No. A05-0069 cv (TMB)
Page 1 of 2.

```
 1
 2                                          DAVID W. MÁRQUEZ
                                            ATTORNEY GENERAL
 3
 4                                          By: s/Marilyn J. Kamm, ABA 7911105
                                            State of Alaska
 5                                          Department of Law
                                            Criminal Division Central Office
 6                                          PO Box 110300
                                            Juneau, AK  99811
 7                                          Phone: (907) 465-3428
                                            Fax: (907) 465-4043
 8                                          Marilyn_Kamm@law.state.ak.us
 9
10    I certify that on July 17, 2006, I caused
      to be mailed a true and correct copy of the
11    foregoing and proposed order
      via U.S. Postal Service to:
12
      Earl Voyles
      Florence Correctional Center
13    P.O. Box 6200
      Florence, AZ  85231
14    _____
      By: s/Marilyn J. Kamm, ABA 7911105
15    State of Alaska
      Department of Law
16    Criminal Division Central Office
      PO Box 110300
17    Juneau, AK  99811
      Phone: (907) 465-3428
18    Fax: (907) 465-4043
      Marilyn_Kamm@law.state.ak.us
19
20
21
22
23
24
25
26    Motion for Extension of Motion Deadline
      Voyles v. Schmidt, Case No. A05-0069 cv (TMB)
      Page 2 of 2.
```

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043