Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Attorney for Defendant Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EARL VOYLES,<br><br>    Plaintiff,<br><br>vs.<br><br>JOE SCHMIDT,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-0069 CV (TMB) |

PROPOSED ORDER EXTENDING MOTION DEADLINE

The defendant's motion to extend the deadline for filing motions is hereby granted. Motions (including dispositive motions) shall be due 75 days after this court rules on defendant's Motion to Compel.

Dated this _____ day of _____, 2006.

_____
Timothy Burgess
United States District Court