Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-3428
Attorney for Defendant Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EARL VOYLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOE SCHMIDT, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. A05-0069 CV (TMB) |

**AMENDED CERTIFICATE OF SERVICE**

This is to certify that on July 17, 2006, a true and correct copy of the Defendant's **MOTION TO COMPEL, AFFIDAVIT OF COUNSEL, EXHIBITS A - E, PROPOSED ORDER GRANTING MOTION TO COMPEL,** and this **CERTIFICATE OF SERVICE** was mailed, first class mail, postage pre-paid to the following parties of record:

Earl Voyles
C/O Florence Correctional Center
P.O. Box 6200
Florence, Arizona 85231

By: x/Marilyn J. Kamm, ABA 7011105
State of Alaska, Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, Alaska 99811-0300
Phone: (907) 465-3600
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us