To: The Clerk of the United States District Court for the District of Alaska.

From: Earl Voyles
R.R.C.C.
1752 E. Arica Road
Eloy, Arizona  85231
Phone # 520-464-3800

7/27/06 RECEIVED
AUG 0 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

3:05-CV-00069 TMB

**Notice Of Address Change** the above indicated address is my new mailing address - As well as a phone number that I should be able to use for Court purposes, etc.

    I certify that a copy of this notice was served to the Attorney General, M.J. Kamm, for the State Of Alaska on this date 7/27/06 by U.S. Mail.

_____   7 27 06
Earl Voyles, Pro Se         Date