IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Earl Voyles,
      Plaintiff,

v.

Joe Schmidt,
      Defendant,

Case # A05-0069 (TMB)

RECEIVED
AUG 03 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

MOTION FOR DISCOVERY UNDER (COURT RULE 37 (a) 26

Comes now the Plaintiff, Earl Voyles, to say during a telephonic hearing the Court ordered Plaintiff to file a Motion To Compel in order to receive Discovery from Defendants/Attorneys, on or about April or May 2006, the Court has the telephonic conference on file, the Plaintiff has complied with this order given by the District Judge T.M. Burgess, and ask this Court for a ruling in favor of the Plaintiffs motion in light of being misinformed, and ask that this motion be accepted, Furthermore Plaintiff has filed under Court Rule 37 (A) under the heading of Motion To Compel Discovery, And that covers issue one, and along with certificate of service, and the argument of the Attorney for the Defendant is unfounded, the only misquoted word would be compel the rest is correct and filed under the correct Rule 37 (A) - And the certificate of service was made twice to the Attorneys for the Defendant, And Plaintiff would respectfully request the Court to accept the June 2006 date on the initial motion to compel under rule 37 (a) as the correct date for the motion for discovery - And in furtherance of justice the Plaintiff does ask the Court to Grant the MOTION FOR DEFAULT JUDGMENT UNDER COURT RULE 55, as the Attorney for the Defendant is intentionally procrastinating the forward motion of this case, and attempts to have the action dismissed for unfounded reasoning - the Plaintiff is not an Attorney and tries to do the right thing in filing good faith motions/pleadings and certificates of service, etc.

Dated this 19th day of July 2006

                                              Earl Voyles, Plaintiff, Pro Se
                                              P.O. Box 6200
                                              Florence, Arizona 85232

This certifies that the foregoing was sent by U.S. Mail to:

MJ Famm PO Box 110300 Juneau AK 99811

US Dist Court 222 W 7th Ave Anch AK 99513