IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Earl Voyles,                )
            Plaintiff,      )
    v.                      )
Joe Schmidt,                )
            Defendant,      )

RECEIVED
AUG 03 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Case # A05-0069 (TMB)

## MOTION FOR DEFAULT JUDGMENT COURT RULE 55

Comes now **Plaintiff** to say that the Defendant is a representative of the **State Of Alaska** who acted under color of state law in conjunction with other **state officials** in conspiratorial actions to seize crucial Discovery from the Plaintiff that related to the Plaintiffs serious criminal Case # - 3AN-S03-10999 CR, during Court proceedings that amounts to violations of his 14th Amendment Due Process of law, and Attorney-client privilege and Equal Protection of the law, And the Court processes could have been different if the Plaintiffs litigation hadn't been seized and theoretically intentionally sabotaged the Plaintiffs litigation which could have greatly effected the right to a fair and impartial trial, And the Plaintiff has diligently been trying to seek redress which the Defendant arrogantly passes the buck or blame back to Attorneys for the State for resolution who seem to believe that they will not be held accountable for flagrant violations of Plaintiffs Constitutional Rights, And any efforts to seek redress are in vain, And will be written off as harmless error, And will be dismissed, The State Of Alaska functions on the legal fiction theory that Officials of the State Of Alaska are immune from liability, And the Plaintiff seeks Default Judgment according to the rules of Court the Defendant never responded to the Plaintiffs Motion To Compel Discovery within the time limits stated in Court Rule 12, So the Attorney for the Defendant filed Opposition To Motion To Compel Discovery, And provided false claims that the Plaintiff never made good faith service to Attorney for the Defendant of the Motion To Compel, for the purpose of delay, And attempts to get the Plaintiffs action dismissed repeatedly for alleged procedural error in attempt to deny Plaintiff redress of the actual harm done onto the Plaintiff, And Plaintiff filed Response To Opposition To Motion To Compel Discovery wondering how Attorney for the Defendant was made aware of the Motion To Compel if they truly never received service, But delay after

1

delay is evident, And the **motions time limitations** stated in **Rule 12**, of **20-days** since **Plaintiffs** initial **Motion To Compel** was filed in early **June 2006** has long since been exhausted, and is now in the realm of **Default Judgment.** And the Plaintiff would respectfully request this Court to exercise its supervisory powers under extraordinary circumstances of the violations of the Plaintiffs **Constitutional Rights** which the State Of Alaska just disregards, and refuses to recognize that its citizens have any such **Constitutional Rights,** which seriously undermines the integrity of justice, ~~and the Court should in the interest of justice enforce the Plaintiffs Constitutional Amend XIV-XIII-XVIII or, sent of set an example that people of the United States actually do have Constitutional Rights~~.?.

Dated this 19th day of July 2006

Earl Voyles, Plaintiff
P.O. Box   6200
Florence, Arizona   *85232


This certifies that the foregoing was sent by U.S. Mail TO: - -

M J KARM   PO BOX 110300   JUNEAU, AK 99811

US DIST COURT   222 W 7TH AVE   ANCH AK  89513

2