IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Earl Voyles,
      Plaintiff,

v.

Joe Schmidt,
      Defendants,

Case # A05-0069 (TMB)

RECEIVED
SEP 05 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## MOTION TO COMPEL DISCOVERY

    Comes now Plaintiff, Earl Voyles, to move this Court to Grant this Motion to comply with this Courts order of 8/10/06, Document 51-1 at page # 2, and Interrogatory 2. The Plaintiff would request this Court to order Attorney Allen Bieswinger, to make copies of Plaintiffs Discovery from the State Of Alaska in November of 2003 from Case # 3AN-S03-10999 CR, to include all documents, transcripts, audio & vedio tapes, and CD's, a complete copy of the Discovery from Case # 3AN-S03-10999 CR, to be provided to this court and the defendants attorney Ms. Kamm, since the Plaintiff has no access to any such materials to make a copy of said Discovery, and the Plaintiff would also request a copy of the complete Discovery since he was never provided such a copy to this date, so that the Plaintiff may be in compliance with this Court.

Dated This 26 day of Aug 2006

                                                        Earl Voyles, Pro Se

This certifies that the Plaintiff sent copies of the following parties:

MJ Kamm  PO Box 110300  Juneau AK  99811