IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Earl Voyles,
   Plaintiff,

v.

Joe Schmidt,
   Defendants,

Case # A05-0069 (TMB)

### ORDER

The Motion To Order Attorney Allen Bieswinger, to provide the three complete copies of the Discovery from Case # 3AN-S03-10999 CR to include all documents, transcripts, audio & vedio tapes, and CD's, to this Court, and the defendant Attorney Ms. Kamm, and one to the Plaintiff, Earl Voyles, is hereby **Granted**_____or Denied_____

Dated this_____day of_____2006

                Judge Timothy M. Burgess

*RECEIVED SEP 0 5 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA*