IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Earl Voyles,                )
        Plaintiff,  )
   V.                         )
                      )
Joe Schmidt,           )
        Defendants, )

RECEIVED
SEP 0 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Case A05-0069 (TMB)

MOTION TO RECONSIDER DEFAULT JUDGMENT UNDER COURT RULE 55

Comes now Plaintiff to say that during the Court Hearing in this matter on 4-19-06 the Court directed the Plaintiff to file a motion to compel discovery under Court Rule 37 (a), And the Plaintiff was under the belief that the Court directed him to file said motion, and in good faith the Plaintiff did file said motion, and did in fact make service of said motion to the defendants Attorney by U.S. Mail, the Plaintiff is pertty sure that the Court stated that he must file a motion to compel, so a review of the 4-19-06 Court transcripts to see just what was said by the Court on said date is requested.?. The Plaintiff his actively been seeking the discovery from the defendants attorney, who created some interrogators which the Plaintiff has responded to in good faith, The general requests for the discovery proved to be futile since the Plaintiffs complaint is based on the the defendants seizure of the Plaintiffs discovery that was provided to him by his attorney which in turn denied the Plaintiff the right to defend, and the right to due process, and for the defendant to produce the discovery is in it self an admission and/or a confession that would substantiate the Plaintiffs complaint against the Defendant, so its understandable that the defendants attorney would be illusive about the discovery.?. The defendants attorney was at this 4-19-06 hearing, and was aware of this forgoing issue, so the defendants attorney will try to lead the issue astray, and create false issues that are irrelevant, and the motion to reconsider default judgment should be Granted.?.

Dated this 8th day of Aug 2006

                                                      Earl Voyles, Pro Se

This certifies that the Plaintiff sent copies to the following parties:
MJ Kamm, PO Box 110300 Juneau AK 99811