IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Earl Voyles,                    )
            Plaintiff,          )
                                )
    v.                          )
                                )
Joe Schmidt,                    )
            Defendants,         )

Case # A05-0069 (TMB)

### MOTION FOR A CONTINUANCE

Comes now Plaintiff, Earl Voyles, to say that on 7/21/06 he was transferred from Florence to Eloy, Arizona to the new prison called "Red - Rock Correctional Center" and due to the transfer the Courts order dated 8/10/06 took about 16 - days to be forwarded, and the new (RRCC) Prison is not up to speed in the legal dept. very limited law library time is being made available to Alaskan prisoners in a small room about the size of a closet, three computers for about 400 hundred prisoners to fight over is a very bad situation, and amounts to unadequate law library space and/or legal materials, so some relaxation of the time limit rules should be recognized under the circumstances, and no notary is available, and requests for a notary are not even responded too, so no notary is available at this current time of mailing, etc.

Dated this 26 day of Aug 2006

_____
Earl Voyles, Pro Se

This certifies that the Plaintiff sent copies to the following parties:

MJ Kamm, PO Box 110300 Juneau AK 99811