IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Earl Voyles, )
      Plaintiff, )
       )
v. )
       )
Joe Schmidt, )
      Defendant, )

Case # A05-0069 (TMB)

### ORDER

The Motion For A Continuance is **Granted**_____ **or Denied**_____

**Dated this**_____day of _____2006

_____
Judge Timothy M. Burgess

RECEIVED
SEP 0 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA