IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Earl Voyles,
      Plaintiff,

v.

Joe Schmidt,
      Defendant,

Case # A05-cv-0069-TMB

RECEIVED
SEP 0 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## COUNTER OFFER

### STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Comes now the Plaintiff, Earl Voyles, who makes the following counter-offer: Regardless of whether or not it was intentional or accidental the Plaintiffs Discovery was seized from him during pre-trial Court proceedings which denied him the right to Defend, and violated his Constitutional Right to fair and impartial Due Process Of Law, So if the Defendant will admit through no fault of his own that the **Defendant violated the Plaintiffs Constitutional Rights, and will pay the Plaintiff five hundred thousand dollars $ 500.000.00 dollars to the order of the Plaintiff, Then the Plaintiff will settle out of Court.?.**

Dated this_____day of_____2006

_____      _____
**Earl Voyles, Plaintiff**      Joe Schmidt, Defendant

This certifies that the Plaintiff sent copies to the following parties

_____

_____