Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Attorney for Defendant Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EARL VOYLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOE SCHMIDT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. A05-0069 CV (TMB) |

MOTION FOR EXTENSION OF TIME IN WHICH TO FILE MOTIONS

Comes now defendant Joe Schmidt, by and through his attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby moves this court to extend the deadline for filing motions in this case.  The current deadline is October 20, 2006. *See* docket 51.  Plaintiff has not fully responded to defendant's discovery requests as ordered by this court at docket 51.  He has not provided defendant  Defendant with copies of the discovery he claims was taken and withheld from him; instead he has filed a "Motion to Compel" seeking a court order directing his attorney to provide these

Motion for Extension of Motion Deadline
*Voyles v. Schmidt,* Case No. A05-0069 cv (TMB)
Page 1 of 2.

documents and materials. *See* docket 53. The court has not yet ruled upon this motion. Plaintiff has also requested a "continuance." See docket 56. Defendant requests a new motion deadline of January 20, 2007.

        Dated this 3rd day of October, 2006, at Juneau, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL


        By: s/Marilyn J. Kamm, ABA 7911105
        State of Alaska
        Department of Law
        Criminal Division Central Office
        PO Box 110300
        Juneau, AK  99811
        Phone: (907) 465-3428
        Fax: (907) 465-4043
        Marilyn_Kamm@law.state.ak.us

I certify that on October 3, 2006, I caused
to be mailed a true and correct copy of the
foregoing and proposed order
via U.S. Postal Service to:

Earl Voyles
Red Rock Correctional Center
1752 Arica Road
Eloy, AZ  85231

_____
By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us


Motion for Extension of Motion Deadline
*Voyles v. Schmidt,* Case No. A05-0069 cv (TMB)
Page 2 of 2.