Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Attorney for Defendant Schmidt

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| EARL VOYLES, | ) |
| Plaintiff, | ) |
| vs. | ) |
| JOE SCHMIDT, | ) |
| Defendant. | ) Case No. 3:05-CV-0069-TMB |

### AFFIDAVIT OF SGT. REBECCA COWART

STATE OF ALASKA     )
                    ) ss.
THIRD JUDICIAL DISTRICT )

I, Rebecca Cowart, after being duly sworn and based upon my personal knowledge state that:

1. I am employed by the State of Alaska, Department of Corrections "DOC," as the Standards Officer at the Anchorage Correctional Center "ACC." I have been employed by DOC since November, 1996.

Affidavit of Sgt. Cowart
*Voyles v. Schmidt*, Case No. 3:05-CV-0069-TMB
Page 1 of 2.

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043

1   grievances. I also investigate or assign the investigation of prisoner grievances to

2   others, and have records of grievances previously filed by inmates at ACC.

3.  Exhibit A is a true and correct copy of DOC's Policy and Procedure #808.03 "Prisoner Grievances."

4.  Exhibit B is a true and correct copy of plaintiff Voyles' grievance #03-6537.

5.  Exhibit C is a true and correct copy of the reverse side of Voyles' Grievance #03-6537 with the Investigator's Finding and Recommendations and the Superintendent's Findings and Determination.

6.  The Prisoner's Response to the Superintendent's findings was that he was not satisfied with the response, but did not wish to appeal. He was advised that any appeal must be submitted to the Grievance Coordinator within two working days of delivery of the response to him. I have reviewed our records pertaining to this grievance and Voyles did not appeal from the Superintendent's decision.

Further this affiant sayeth naught.

_____
Sgt. Rebecca Cowart

SUBSCRIBED AND SWORN TO before me this 3rd day of October, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 3/28/07

[NOTARY PUBLIC SEAL — CHRISTOPHER LEE WILLIAMS, STATE OF ALASKA]

Affidavit of Sgt. Cowart
Voyles v. Schmidt, Case No. 3:05-CV-0069-TMB
Page 2 of 2