B-23

Sgt Self - VAS
due 1-5-03

# PRISONER GRIEVANCE

| PRINT NAME | INSTITUTION/MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| EARL VOYLES | B — AJ | 120903 | 6537 |

**DATE OF INCIDENT** 12-14-03 through 12-17-03

**DESCRIBE INCIDENT AND YOUR ATTEMPTS TO HANDLE IT INFORMALLY/ONE ISSUE PER GRIEVANCE.**

AS of 12-14-03 I was moved from Fairbanks CCPT To Anchorage Jail And It now being 12-17-03 I have not yet Received my Legal papers [illegible] Inditment hearings, I have court today (12-17-03) And need some of my Legal papers to bring to my Attorney And I dont have them This [illegible] Jeopardize my Case and my trial. Plus Im Not sure but I dont Think Im supposed to be separated From my Legal papers And are covered under Attorney client privlage. I would like to Know who has been In contact with my papers and tapes. since The move From CCPT to AJC since 4 days has passed since I have been In contact with my Confidental papers I can't be sure of tampering or lost papers. or who has had contact with my Evidence.

ORIGINAL

**I REQUEST THE FOLLOWING RELIEF (State outcome you are seeking):** WHO WAS I contact with my ~~[illegible]~~ Legal PAPERS And tapes for The Last week?

I UNDERSTAND THAT THIS GRIEVANCE MUST BE FILED WITH THE GRIEVANCE COORDINATOR WITHIN 30 DAYS OF THE OCCURRENCE OR MY KNOWLEDGE OF THIS INCIDENT.

DATE: 12-18-03 PRISONER'S SIGNATURE: [signature]

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE AND HAVE ISSUED THE LOG NUMBER ABOVE FOR REFERENCE. PLEASE REFER ANY INQUIRIES ABOUT THIS GRIEVANCE TO THE ASSIGNED LOG NUMBER.

DATE FILED IN COMPLIANCE: 12-22-03 GRIEVANCE COORDINATOR'S SIGNATURE: Sgt J. [signature]

Form 808.03C

EXHIBIT B
PAGE 1 OF 1