| PRISONER NAME | LOG NUMBER |
|---|---|
| Voyles Earl | 6537 |

**INVESTIGATOR'S FINDINGS AND RECOMMENDATIONS:**

All Property and Paperwork delivered to Prisoner Voyles 12/28/03 by Property Clerk S. Benton
Completed - Returned with notations 12/29/03 To Sgt Self To Kennedy

INVESTIGATION: I ~~~~~~~~~ on JAN 10 '04 at 1435 Hours.

INVESTIGATOR'S SIGNATURE _____ DATE: _____

**SUPERINTENDENT'S FINDINGS AND DETERMINATION:**

NO FURTHER ACTION

SUPERINTENDENT'S SIGNATURE _____ DATE: 1/5/04

**PRISONER'S RESPONSE:**

___ I AM SATISFIED WITH THIS RESPONSE.
___ I AM NOT SATISFIED WITH THIS RESPONSE.
 X   BUT **DO NOT** WISH TO APPEAL
 EV  BUT **DO INTEND** TO APPEAL TO THE Director OF INSTITUTIONS OR MEDICAL Director

I UNDERSTAND THAT MY COMPLETED STATEMENT OF APPEAL FORM MUST BE SUBMITTED TO THE Grievance Coordinator WITHIN TWO WORKING DAYS OF THIS DATE.

PRISONER'S SIGNATURE: EV _____ DATE: 12-7-03

FORM DELIVERED TO PRISONER BY OFFICER _____ 1-9-04
(PRINT NAME/SIGNATURE)    (DATE/TIME)

Distribution: Original to Prisoner's Case File/Prisoner/Grievance Coordinator

Form 808.03C

Page 2 of 2

Back to Table of Contents

EXHIBIT C
PAGE 1 OF 1