IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Earl Voyles,
      Plaintiff,

v.

Joe Schmidt,
      Defendant,

Case No: 3:05 CV-69 TMB

## RESPONSE TO DOCUMENT 51-1

Comes now Plaintiff, Earl Voyles, to say that the Court and parties need to take notice of address change from Florence, AZ - to Eloy, AZ, which is as follows: Earl Voyles, 1752 Arica Road, Eloy, Arizona 85231, and the name of the prison is "Red Rock Correctional Center" the Plaintiff was transferred on 7-21-06 and it took about 15-16 days to be forwarded to the Plaintiff at his new location in Eloy. And the Plaintiff is responding to the Courts order dated Aug 10,2006 and take notice that the new prison at Eloy "RRCC" is not quite up to speed regarding the legal dept.

## RESPONSE TO THE INTERROGATORY"S

(1) The Plaintiffs Discovery was taken from him on or about the 1 or 2 of Dec 2003 and said Discovery was not returned to him until about the 28th of Dec 2003, said Discovery was out of the Plaintiffs possession for alittle less than a month, and said Attorney-client privileged legal materials were just received from his Attorney on or about the 20th of Nov 2003, and the Plaintiff only had a brief opportunity to review his Discovery before it was seized, and the Plaintiff was without the Discovery during pre-trial Court proceedings which effected the right to defend, and violates due process, the Plaintiff asked defendant, Joe Schmidt, to help him recove the seized legal materials prior to Court proceedings during that time, and Mr. Schmidt, told the Plaintiff he would, but never did, and signed off on the Plaintiffs Grievance Form.

(2) The Plaintiff called his Attorney, Allen Bieswenger, by phone and that was on Aug 18, 2006 and advised his Attorney to send Attorney Ms. Kamm, a complete copy of the Plaintiffs Discovery in Superior Court Case # 3AN-S03-10999 CR.

(4) The Plaintiff doesn't know if it could or would have, The Plaintiff could have shown his Attorney sooner about some evidence discrepancies

1



EXHIBIT D
PAGE 1 OF 3

he found, and later brought to his Attorney's attention.

(9) Attorney Allen Bieswinger, has filed a merit appeal only at this time for Case # 3AN-S03-10999 CR.

(11) As Plaintiff stated before on a friday inspection the Plaintiff asked **"HIM"** PERSONALLY, and he took the Plaintiffs name down, and said he would help the Plaintiff get them back, but never spoke to the Plaintiff again, and never helped.

(12) Mr. Schmidt, and Ms. Betts, the Superintendent & Ast. Superintendent. The Plaintiff would ask about D.O.C. Policy's, and legal materials.

(13) Lt. Cohut or Kohut, officer, Penny, Officer, Dumas, Sgt. Self, Sgt Blades. The Plaintiff would ask them if he asked them for help getting his legal materials back. Inmate Richard Palmaroy.

(14) The Defendants seizure of the Plaintiffs Discovery that was provided to him by his Attorney, which in turn denied the Plaintiff the right to defend, and the right to due process of law – during actual Court proceedings in his Criminal Case # 3AN-S03-10999 CR prior to trial. And due to the confusion at the Plaintiffs current place of confinement in Eloy, Arizona a place called (RRCC) the access to P&P's and AAC's is limited and near non-existent, But the Plaintiff did locate the following: P&P 202.01(a) Code Of Ethical Professional Conduct, and P&P 808.01 Legal Rights Of Prisoners, and 22 AAC 05.545 (a)(b)(c), The Plaintiff was unable to find anything further regarding Attorney-client confidential legal materials.

(15) Plaintiffs loss of constitutional right to Defend ones self during pre-trial Court proceedings – which in turn violates due process of law. The Plaintiff was moved from Anchorage Correctional Complex West – to – Anchorage Correctional Complex East – which is the same complex and jail. The Plaintiff was never transferred to another facility – so why was the Plaintiffs legal materials taken.?

The Plaintiff would note that the defendants attorney Ms. Kamm, appears to be trying to change the focus of the Plaintiffs complaint, etc.

Dated this 26 day of Aug 2006



Earl Voyles, Pro Se

This certifies that the Plaintiff sent copies to the following parties:

US Court House (TMB) 222 W 7th Ave #4 Ancl AK 99513

EXHIBIT D
PAGE 2 OF 3

Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Attorney for Defendant Schmidt

DEPT OF LAW
OCT 02 2006
/VISION

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EARL VOYLES,<br><br>    Plaintiff,<br><br>vs.<br><br>JOE SCHMIDT,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-0069 CV (TMB) |

**VERIFICATION**

I verify under penalty of perjury that the responses to Defendant's Interrogatories in the attached Response to Document 51-1 are true and correct.

Executed on 09 25 , 2006.

_Earl Voyles_ (signature)

Earl Voyles

EXHIBIT D
PAGE 3 OF 3