Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Attorney for Defendant Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EARL VOYLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOE SCHMIDT, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 3:05-CV-0069-TMB |

PROPOSED ORDER GRANTING DEFENDANT SUMMARY JUDGMENT

The defendant Joseph Schmidt's Motion for Summary Judgment is hereby granted.  This case is dismissed pursuant to *Heck v. Humphrey*, because plaintiff cannot pursue his civil rights claim against Mr. Schmidt until his criminal conviction in *State v. Voyles*, Case No. 3AN-03-10999 cr is reversed.  His claim is also barred by his failure to exhaust his administrative remedies.  Although he was dissatisfied with the response to his grievance 6537, plaintiff failed to appeal from the superintendent's decision.

Consequently, his claim is barred by the Prison Litigation Reform Act.

Order Granting Defendant's Motion for Summary Judgment
*Voyles v. Schmidt,* Case No. 3:05-cv-0069-TMB
Page 1 of 2.

Dated this _____ day of _____, 2006.

_____
Timothy Burgess
United States District Court

Order Granting Defendant's Motion for Summary Judgment
*Voyles v. Schmidt,* Case No. 3:05-cv-0069-TMB
Page 2 of 2.

Motion to Dismiss
*Clyde v. McCloud.,* Case A04-122 CV (RRB)
Page 3 of 3.