Earl Voyles, FF65
Red Rock Correctional Center
1752 East Arica Road
Eloy, Arizona  85231

RE: 
A05-cv-0069-(TMB)

RECEIVED

OCT 1 6 2006

Date: 10/10/06

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

To: U.S. District Court
District Of Alaska

    Hello, this is another change of address notice: That I'm no longer at:   Earl Voyles
        Florence Correctional Center
        P.O. Box 6200
        Florence, Arizona  85232   -  My new address is as follows:  Eral Voyles, FF65
        Red Rock Correctional Center
        1752 East Arica Road
        Eloy, Arizona  85231   -  So please take notice of the change of address.?.

    Thank you,        Sincerely: _Earl Voyles_____
                              Earl Voyles,

ATTN: PLEASE SEND ME ANY NEW MAILINGS FROM 08-15-06 TO 10-10-06 SINCE THATS AROUND THE TIME I PUT IN A CHANGE OF ADDRESS. THANK YOU Earl Voyles