IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF ALASKA

EARL VOYLES )
)
PLAINTIFF, )
)
)
)
VS. )
)
JOE SCHMIDT )
)
DEFENDANT, )
)

CASE# A05-0069 CV (TMB)

RECEIVED

JAN 1 6 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

MOTION FOR EXTENSION OF TIME TO
FILE MOTIONS, AND RESEARCH

COMES NOW EARL VOYLES, PLAINTIFF MOVES THIS COURT TO EXTEND THE DEADLINE FOR FILING MOTIONS IN THIS COURT. THE CURRENT DEADLINE IS JANUARY 20th 2007, THE PLAINTIFFS SEEK A 90 DAY EXTENSION OF TIME TO RESEARCH AND FILE MOTIONS.

Dated this __9__ day of __JANUARY__ 200__7__

_____EARL VOYLES_____ /s/ EV_____
_____PRO-SE_____

## CERTIFICATE OF SERVICE

This certifies that copies of the foregoing were sent to:

__M J KAMM  CDCO  PO BOX 110300  JUNEAU, AK 99811__
__ATTY: FOR JOE SCHMIDT_____

_____

__UNITED STATES DISTRICT COURT_____
__CLERK OF COURTS_____
__222 W 7th AVE #4_____
__ANCH, AK 99513 : 7564_____
Date: __JAN 8 07__

Page: __2__