UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

EARL VOYLES   v.   JOE SCHMIDT

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                      CASE NO. 3:05-cv-00069-TMB

Elisa Singleton

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: April 3, 2007

EXTENSION OF TIME

Earl Voyles, representing himself, has moved this Court for an extension of time, until April 20, 2007, in which to file any dispositive motions in this case.[1] Mr. Voyles' motion for extension of time will be granted, and he may file any dispositive motions, as well as any response to the defendant's motion for summary judgment,[2] on or before **April 20, 2007**.

IT IS SO ORDERED.

---

[1] *See* Docket No. 59, 62.

[2] *See* Docket No. 58.

[~6027662.wpd]{IA.WPD*Rev.12/96}