EARL VOYLES #120903
Name
1752 E. ARICA RD.

ELOY, AZ ~~85304~~ 85231

RRCC.
Address

NO PHONE
Telephone

**RECEIVED**

APR 2 0 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

EARL VOYLES,

Plaintiff/Petitioner,

vs.

JOE SCHMIDT

_____,

Defendant(s)/Respondent(s).

Case No. 3:05-cv-0069-TMB

DECLARATION

I, EARL VOYLES, proceeding without counsel, hereby declare, under penalty of perjury, that IN MY ORIGINAL GRIEVANE, I STATED VERY CLEARLY "THIS COULD JEPROIZE MY CASE AND MY TRIAL" (SEE # HIGHLIGHTED GREAVANCE). AND IN

PS 13

MY ORIGINAL COMPLAINT I STATED " MY RIGHTS UNDER THE 14th AMENDMENT, DUE PROCESS AND ATTORNEY CLIENT PRIVILEGE HAVE BEEN VIOLATED. MY CASE COULD HAVE BEEN DIFFERENT, HAD I BEEN BUT ABLE TO BRING MY LEGAL PAPERS TO COURT" ( SEE HIGHLIGHTED COMPLAINT ) THESE PAPERS HAVE BEEN MADE AVAILABLE TO BOTH THE COURT AND MR. SCHMIDTS ATTORNEY. I BELEIVE UNDER COLOR OF LAW MY GRIEVANCE ALONG WITH THE SIGNATURES PROVE MY RIGHTS WERE VIOLATED, NOT ONLY DID I HAVE COURT ONCE IN DECEMBER BUT TWICE. I WAS NOT ALLOWED TO BRING MY LEGAL PAPER WITH ME EITHER TIME ONCE IS BAD, BUT TWICE IS INEXCUSABLE IN MY EYES. I HAVE NEVER SAID I WOULD HAVE BEEN FOUND INNOCENT NOR COULD I PROVE SUCH A CLAIM MY HAS BEEN MY VIOLATIONS OF MY 14th AMENDMENT AS WELL AS DUE PROCESS. TO NOT BRING THIS FORWARD WOULD BE A BREAKDOWN OF LAW.

I have attached true and correct copies of the following documents to this declaration:

PRISONER GRIEVANCE AND ORIGINAL COMPLAINT.

I, _EARL VOYLES_____, declare under penalty of perjury, that I have reviewed the above declaration, and that the information contained in this declaration is true and correct.

DATED this _16_ day of _APRIL_____, 200_7_, at _ELOY_____,
                                                    (City)

_ARIZONA_____.
    (State)

_____
                 Signature

I hereby certify that a copy of the above declaration was mailed by first class, U.S.

Mail to _MJ KAMM_____ at _CDCO PO BOX 110300_____
     (Opposing party or counsel)              (Address)

and to the United States District Court for the District of Alaska, at 222 W.7th Avenue,

# 4, Anchorage, Alaska 99513 on _APRIL 16, 2007_____.
                              (Date of mailing or handing to correctional officer)

_____
                 Signature