RECEIVED

APR 2 0 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.



ON OR ABOUT DEC 2ND 2003 I WAS MOVED FROM ANC Complex WEST to ANC Complex EAST, and my legal papers were taken from me. I had put in several cop-outs and asked Joe Schmidt, Asst Super Betts, SGT SELF, SGT ROSS, SGT or OFC BARNES, OFC PENNY, and OFC DEMOSS to ASSIST ME GET my legal papers back, SINCE I HAD A COURT DATE COMING up.

Joe Schmidt even took my NAME DOWN AS WELL As THE LT. But NO Help CAME. AFTER My FIRST COURT DATE I FILLED A GRIEVANCE ASKING FOR my Legal papers AND STATED IT WAS HURTING MY CASE. And who had been in CONTACT with my legal papers SINCE I Believed my ATTORNEY CLIENT PRIVILEGE WAS BEING VIOLATED. Still NO RESPONSE CAME to my request AN my 2ND COURT DATE CAME AND WENT. ON the 10th DAY AFTER my GRIEVANCE they brought (SGT ROSS) my legal papers to me @ 430 AM and I asked him about my tapes AND A VCR TAPE AS WELL. HE DID NOT KNOW AND my OTHER PROPERTY WAS kept As well (SOAP, TOOTHBRUSH, TOOTHPASTE + SHAMPOO) FOR ANOTHER WEEK AND A HALF. My TAPES minus the VCR TAPE WAS BROUGHT THE NEXT NIGHT @ 5AM AND IT WAS PAST THE 10 DAY RULE AS WELL (DOC). Though the NEXT DAY I WAS ASKED (TOLD) TO SIGN the GRIEVANCE FORM THOUGH IT DID NOT ADDRESS THE ISSUES I HAD RAISED. I HAVE SINCE REQUESTED my cop-outs FROM DEC 2ND -14th ALONG with the GRIEVANCE. I WAS TOLD COMMUNICATIONS FROM INMATES ARE NOT THROWN OUT but THE COP OUTS ARE GONE.

My RIGHTS UNDER THE 14th AMENDMENT, Due Process AND ATTORNEY CLIENT PRIVILEGE HAVE BEEN VIOLATED - My CASE COULD HAVE BEEN DIFFERENT, had I BEEN BUT ABLE TO BRING MY LEGAL PAPERS TO COURT

I hope I have the right TO AMEND OR BRING NEW EVIDENCE AS IT COMES FORWARD -

DATE
SIGN
PRINT

I hereby CERTIFY A copy of THE complaint ABOVE WAS MAILED POSTAGE PREPAID to _____
at _____ on _____

Signed _____

ATTACHMENT 1