RECEIVED APR 20 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.
ORIGINAL

B-23    Sgt Self - HS
due 1-5-03

# PRISONER GRIEVANCE

| PRINT NAME | INSTITUTION/MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| EARL VOYLES | B - AJ | 120903 | 6537 |

**DATE OF INCIDENT:** 12-14-03 through 12-17-03

**DESCRIBE INCIDENT AND YOUR ATTEMPTS TO HANDLE IT INFORMALLY/ONE ISSUE PER GRIEVANCE.**

As of 12-14-00 I was moved from Fairbanks C.I.P.T to Anchorage Jail and it now being 12.17.03 I have not yet received my legal papers with my indictment hearings, I have court today (12.17.03) and need some of my legal papers to bring to my attorney and I don't have them. This could jeopardize my case and my trial. Plus Im not sure but I don't think Im supposed to be separated from my legal papers and are covered under attorney client privilege. I would like to know who has been in contact with my papers and tapes since the move from CIPT to AJC since 4 days has passed since I have been in contact with my confidential papers. I can't be sure of tampering or lost papers. or who has had contact with my evidence.

**I REQUEST THE FOLLOWING RELIEF** (State outcome you are seeking): Who was I contact with my legal papers and tapes for the last week?

I UNDERSTAND THAT THIS GRIEVANCE MUST BE FILED WITH THE GRIEVANCE COORDINATOR WITHIN 30 DAYS OF THE OCCURRENCE OR MY KNOWLEDGE OF THIS INCIDENT.

**DATE:** 12/18/03   **PRISONER'S SIGNATURE:** [signature]

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE AND HAVE ISSUED THE LOG NUMBER ABOVE FOR REFERENCE. PLEASE REFER ANY INQUIRIES ABOUT THIS GRIEVANCE TO THE ASSIGNED LOG NUMBER.

**DATE FILED IN COMPLIANCE:** 12-22-03   **GRIEVANCE COORDINATOR'S SIGNATURE:** Sgt J. [signature]

Form 808.03C                                                        Page 1 of 2

| PRISONER NAME | LOG NUMBER |
|---|---|
|  |  |

INVESTIGATOR'S FINDINGS AND RECOMMENDATIONS:

All Property and Paperwork delivered to Prisoner Voyles 12/28/03 by Property Clerk S. Benton Completed - Returned with notatures 12/29/03 to Sgt Self B. Kennedy.

INVESTIGATION: I met with grievant on 12/29/03 at 1435 Hours.

INVESTIGATOR'S SIGNATURE: _____ DATE: _____

SUPERINTENDENT'S FINDINGS AND DETERMINATION:

NO FURTHER ACTION

SUPERINTENDENT'S SIGNATURE: _____ DATE: 1/5/04

PRISONER'S RESPONSE:

☐ I AM SATISFIED WITH THIS RESPONSE.
☐ I AM NOT SATISFIED WITH THIS RESPONSE.
   ☒ BUT **DO NOT** WISH TO APPEAL
   ☐ BUT **DO INTEND** TO APPEAL TO THE Director OF INSTITUTIONS OR MEDICAL Director

I UNDERSTAND THAT MY COMPLETED STATEMENT OF APPEAL FORM MUST BE SUBMITTED TO THE Grievance Coordinator WITHIN TWO WORKING DAYS OF THIS DATE.

PRISONER'S SIGNATURE: _____ DATE: 12-2-03

FORM DELIVERED TO PRISONER BY OFFICER _____   1-9-04
                                        (PRINT NAME/SIGNATURE)   (DATE/TIME)

Distribution: Original to Prisoner's Case File/Prisoner/Grievance Coordinator

Form 808.03C                                                   Page 2 of 2

Back to Table of Contents

EARL VOYLES
120803 RRCC
1752 E AZZCA RD
ELOY AZ 85231

UNITED STATES DISTRICT COURT
CLERK OF COURT
222 W. 7TH AVE. #4
ANCHORAGE, ALASKA 99513-7564


PHOENIX AZ 850 APR 17 2007

