Not ex La

Dear Sir

RECEIVED
APR 2 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

4-16-07

3:05-cv-00069
TMB

I would ask this court to accept this late fileing of Declaration since I was only givin 10 days notice, Received answers to my continuance from January was answered in April. Plus our copier for Inmates is broken and must use CCA's office copier plus I'm not sure if a notary is availible.

If I sign a document it's true to the best of my knowledge and I can be charged with perjury

Earl V.
EARL VOYLES