Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Attorney for Defendant Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EARL VOYLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOE SCHMIDT, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 3:05-cv-0069-TMB |

REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

      Plaintiff's opposition to the motion for summary judgment is without merit. First of all, *Heck v. Humphrey*, 512 U.S.477 (1994) bars his claims that defendant violated his rights to due process and to counsel. Secondly, he has offered no response to the defense that he has failed to completely exhaust his administrative remedies.

      In moving for summary judgment, defendant argued that plaintiff's First Amendment access to court claim was barred by *Heck v. Humphrey, supra.* In response,

Reply to Opposition to Motion for Summary Judgment
*Voyles v. Schmidt,* Case No. 3:05-0069- cv (TMB)
Page 1 of 3.

plaintiff claims that his rights to due process and to counsel were violated. In *Heck v. Humphrey, supra,* Heck also claimed violations of due process. *Id.,* at 479. Heck claimed that defendants had engaged in an unlawful and unreasonable arbitrary investigation and that they knowingly destroyed evidence which could have proved his innocence. He also claimed that an illegal and unlawful voice identification procedure was used a trial. *Id. Heck v. Humphrey*, *supra,* applies to alleged violations of due process and the right to counsel as well as to alleged violations of the First Amendment.

Plaintiff has not disputed defendant's claim that he failed to completely exhaust his administrative remedies. Although he was dissatisfied with the response to his grievance, he failed to file an appeal. In *Woodford v. Ngo*, 126 S.Ct. 2378 (2006) the Supreme Court ruled that under the Prisoner Litigation Reform Act an inmate is required to exhaust all available administrative remedies. Since Voyles failed to do so, his case should be dismissed.

Dated this 3rd day of May, 2007, at Juneau, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Reply to Opposition to Motion for Summary Judgment
*Voyles v. Schmidt,* Case No. 3:05-0069- cv (TMB)
Page 2 of 3.

I certify that on May 3, 2007, I caused
to be mailed a true and correct copy of the
foregoing, via U.S. Postal Service to:

Earl Voyles
1752 E. Arica Rd.
Eloy, AZ  85231

---------------------------------------------
By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Reply to Opposition to Motion for Summary Judgment
*Voyles v. Schmidt,* Case No. 3:05-0069- cv (TMB)
Page 3 of 3.

Case 3:05-cv-00069-TMB    Document 67    Filed 05/03/2007    Page 4 of 4