UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  EARL VOYLES   v.   JOE SCHMIDT 

THE HONORABLE TIMOTHY M. BURGESS

D̲e̲p̲u̲t̲y̲ ̲C̲l̲e̲r̲k̲                                    CASE NO.  3:05-cv-00069-TMB 

 Pam Richter 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**          DATE: June 5, 2007

      On April 20, 2007, Earl Voyles, a self-represented prisoner, filed a motion to accept a late-filed declaration in support of his opposition to the defendant's motion for summary judgment.  There has been no objection.  Therefore, his motion, at docket number 66, will be GRANTED.

    IT IS SO ORDERED.

[voyles time.wpd]{IA.WPD*Rev.12/96}