**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

EARL VOYLES,
    Plaintiff,

                              Case Number 3:05-cv-00069-TMB

v.

JOE SCHMIDT,
    Defendant.               **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT this case is dismissed without prejudice to filing a timely petition under 28 U.S.C. § 2254, after full exhaustion of state court remedies on all grounds for relief.

APPROVED:

  /s/Timothy M. Burgess
Timothy M. Burgess
United States District Judge

_____
Date:  June 20, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                          Ida Romack
                                  Ida Romack, Clerk of Court

[305-cv-69 Judgment.wpd]{JMT2.WPT*Rev.3/03}